**FILED**

United States District Court JN     OCT 2 9 2007
Northern Distrct of Illinois                OCT. 29, 2007
Eastern Division                     MICHAEL W. DOBBINS
                                     CLERK, U.S. DISTRICT COURT

*JH*

**Plaintiff:**

**Daniela M. Sardisco**          07CV6114
                                 JUDGE KOCORAS
                                 MAG. JUDGE VALDEZ

**VS.**

**Defentant:**

**The United States of America**
National Security Council

**Complaint**


I am suing concerning the following complaints...  Please
compensate me, and make me aware of what my actions for Justice
shall be. I will be forever greatful, please answer all of my questions
and give me all the information I need and deserve.

I am in need of advanced legal advocacy. Please inform me on who will be able to give me the means of finding the contact information for United State's Celiberties. I also would like to have access to a Attorney or a specialist in Field of legal issues. I would like to know to be informed, to whom I shall direct my each individual law suit.

Are you able to help me? Who will I be able to ask if you do not have the resources I need?

I regret to inform you that i will be faced with interference. It is said that Beyonce Knowls, Chris Hanns, and the artist known as Eminem are to become sexually involved with any court house i wish to appear in. Furthermore, they will approach anyone with whom i have a legal issue with. They are to have a body with the same DNA as mine with them at all times. People will be forced to rape her body. It is also said that many will undeniably aim to hurt me, Daniela M. Sardisco.  In hopes of the chance to rape her body again.

I am threatened by Beyonce' that i will not be able to "get in" every hour of each day. She says that each person is a law suit in themselves and the court houses are illegal. "They will hurt you, or they will lie to you, or your all in."
Eminem and Beyonce' are said to have every luxury of raping a Daniela Sardisco. with hopes of being faced with the death sentence.
    Eminem has titled himself with the "Eight Mile" a term used to signify the Death Sentience in the United States of America.

Beyonce' informs the people that my body has been raped every which way and that i will be able to sit and have access to every lap of luxury know to man.

It was said to me by many people that each court house went threw saying "how will i be able to get on her again if we don't hurt her?" Beyonce' reassured the court and the employees that "they will have the pleasure of raping her high and low, no matter what happens."

*Daniela Dardisco*    10-29-07

306 Charmille Ln, Wood Dale IL, 60191, (630)523-3037
PO Box 87 Wood Dale Il, 60191

I need the contact information to the following orginisations;

The Food and Agricultural organization
World Health Organization
Global Diversity information Facility
Asian Pacific Energy Reasearch Center
Global Biodiversity Information Facility
International Criminal Policy
International Fertilizer Development Center
International Food Policy Research Institute
Joint United Nations Programme on HIV/AIDS (UNAIDS)
United Natiions Children's Fund
United Nations Development Fund for Women
United Nations Environment Program
United Nations/Food and Agricultural Oranization World Food
Program (WFP)
Food Safety and Inspection Service
Animale and Plant Health inspection Service
Burerau of Amtrak Alcohol, Tobacco, Firearms, and Explosives
Civil Rights Commission on
Civil Rights, Office For Educational Reasearch and Improvement
Office of Elementary and Secondary Education
Federal Law enforcement Training Center
United States Fish and Wildlife Service
Food and Nutrition Service
Food Safety &  Inspection Service
Foreign Service Impasse Disputes Panel
Office of Chilern and Families Administration for Community
Services
Office of Family Assistance
Office of Assistant Secretary Services Federal Housing
Commissioner
Office of Human Development Services

Food and Drug Administration
Office of Human Development Services
Office of Inspector General
Public Health Service
Department of Homeland Security

*Daniela Dardescu*

10-29-07

**306 Charmille Ln, Wood Dale IL, 60191, (630)523-3037**
**PO Box 87 Wood Dale Il, 60191**

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff(s): Daniela M. Sardisco

VS.                                          Case No.

Defendant(s):
United States Media

# Complaint

My name is Daniela Sardisco. I have been infringed by the media and society. The republic has taken advantage of me and they are sexually harassing me world wide. I am a rape victim that is desperately in need of protection and security. The people are aware of my detrimental situation and they have refused to help. The United Sates' police are; rude, invasive, disrespectful and sexually harassing. I need compensation and protection. The government must be liable for the actions of its people.

The media has invaded my privacy. One of my earliest memories is watching T.V. I knew they could see me. They were fallowing me with their eyes! I did not think anything of it till about sixteen years later. This very story; was referenced to and they insist on saying; you see, you see how long you've been in. the media mentioned "we

have been invading your every moment since you was small, Daniela." They are waiting till I get in. They all say I have a legal issue.

The people of the United States media must be tried one by one. Is this realistic? They are all guilty of Exploitation. Their actions are against the law! The always mention raping. This frightens me. These people must be charged accordingly. They consider themselves illegal; they have been watching and contributing to my mistreatment.

The media demands to sing, act, and host, publicly and live; with cruel intentions! They are completely intrusive, I have no privacy! They see me in every angel at my home! They have written over and continue to write over their lyrics and lines. They socially describe my every minute. They have harassed me. An overwhelming amount of people are involved.

There are many people in the media and in the public that are defaming me and harassing me. It is absolutely surreal. There is no reason why I should have to endure this type of abuse. I am surly injured. People are breaking the law! My life is being hounded and it has to stop! Every channel on TV has been written over! There isn't a channel out there that doesn't harass me as I am watching.

I later found out that the teachers were informed of the defaming also; they did nothing to help! As I grew older I was told many people in the school and around town also knew that my mom was severely abusing me, since I was a small child. She would abuse me day and night; yelling at me and calling me names, and sexually harassing me. She would embarrass me in front of so many people. It was all so traumatizing. The town

2

knew what was going on and no one called the police. I cried threw the halls of high school on so many occasions! Society was cruel! The world was not showing compassion and most people neglected me.

The Ill media was informing the students of so many rumors. My mom ruined Wood Dale; she instigated so many people to be illegal. I think she let most people in on what she was up to! She worked at popular places where she would see more than a hundred people a day. She went as far as; invited policemen to come to our house in the night and rape me. She once told the police and paramedics that I would give them; head, after they showed up for a 911 call. They did nothing! They didn't find anything wrong, with her offering me up to give sex. I am completely offended. United States Citizens are breaking the law I need help. The illegal cruelty must stop!

I need help! I'm not safe anywhere! The media has full view of me everywhere I am! What should I do to protect myself? Is there any type of government assistance?

People are hitting me on the head and raping me. I keep surviving! No one seems to care about the abuse I am enduring! They don't see anything wrong with it since I am still alive. I am all alone! I can't depend on any one; the government is my last hope!

The sexual harassment is thick in IL and all over southern California, they need to come to a realization that it is not ok to sexually harass people; there are laws for a reason.

I walked in a shoe store on Beverly blvd and had a lady tell me "you are so going to be naked in those" as I tried on a pair of boots. I walked out of another store and this

3

man told me "were gay" I went to Urban Bistro on Cahuenga blvd in holly wood CA, and a girl told me; "your pussy, twenty million dollars!"

I am being offended everywhere I go. Some of the sexual harassment leads me to walking away completely flustered. There is no reason I, or anyone, should go threw that type of abuse. I would hardly lead anyone to believe that I am the only one being harmed; the sexual harassment and abuse has become a necessity! Many people I know that are involved with child molestation have obsessed themselves with Sex and myself, all of which leads to rape.

Rape and sexual harassment is becoming likeliness.

Compensate me; I am suffering in The United States! I do not have money to move into another country! Your Media and Republic have mangled with my life and self-esteem. It has become a challenge to be in public! I am not in the financial situation to move away and I need to protect myself! Can you protect me? Can you help me find Beyonce' and Eminem guilty of this movement; pedophilia and rape?

The States are liable and possibly, negligent. The sexual harassment is out of control. Something has to be done! Physical abuse is continually talked about on the media and among the republic. There are people that lead all of this behavior. "They are serial assailants and they must to be tracked down!"

I fear my future; Rape now consists of so much more than sexual abuse! I am reputedly told that there is malnourishment among the likely products sold in America.

4

Eminem is totally involved! He and others, get a kick out of sabotaging factories. How do I choose what to buy to eat?

The United States' Media has gone haywire! They use my name, their own names, and names of people they know and see, to hassle everyone. They spend time, using me as a topic. I also know that their music and television are being misused and impersonated; filling the lingo with unlawful messages: referencing me and criminal activity. They tap into my home radio system as often as I turn it on. It isn't hard to realize they twist songs loud and clear. Musicians are also able to tap into my personal radio and they are able to write over CDs I play. Everyone illegal is on the wavelengths! I'm stunted, has the states' complete amount of residents gone unlawful. Help me find peace!

The media's themes are put forth with illegitimate turmoil. Humans are impressionable and the media is taking control of our health and teaching us sickly, won over, information. They speak of, and indicate, incest, rape, prostitution, malnourishment, pedophiles and sex labor; all which are illegal and hurtful just to be aware of. What has modern day television come to? Can I not watch it anymore?

I have been told that my name has been used on written media also. Suggesting things "Daniela has said." The information was documented without my approval and I am sure it has been slandered. Unfortunately, I am yet to come within reach of the documentation. I will do my best to find it if I am near the resources.

Furthermore, it is unfortunate that anyone I could have used as a witness is illegal and guilty by associations. They choose to hurt me! Eminem and Beyonce' are cool they

5

use everyone I know and get them against me. They tell the people, that they are on their way to come see them so, "don't be nice to Daniela."

It saddens me to know that many Republics, Societies and Medias around the world are also involved. I am hurt. The United States is putting a strong effort toward exposing me nationally and internationally! The rumor that I am the Queen has been wildly spread!

The court is my one and only remedy. The police have deserted and disappointed me. I do not feel comfortable, asking for their services. I would assume that the United States is negligent to this misrepresentation on the majority of our residents and state employees. The people are guilty of crimes; they must be reprimanded. Incarceration is an option that must be used.

I was previously involved with a Chris Hanns; he is especially promiscuous among police officers. They never fail to not mention his name. I am so miss treated. It is hard to carry on. I was once on an emergence call on David Street in California. The dispatcher ignored the emergency, and insisted on talking about my personal life with Chris Hanns. She was happy to holler as if she meant she was looking for a friendship

If the people are not guilty by choice; many of them have been forced to break the law and they are persuaded to be unlawful. Abuse is a crime I would rather not experience or inflict on others. Rape needs to be pinpointed and terminated. We are all at risk.

I have sent reports to an endless amount of; host held TV shows, celerity T.V. shows, New Casts, and court TV shows. I told them about me and the huge problem I have. No one helped me. After I contacted them, they began to pour down the illegal exploitation. They were sure I was to get in threw dating fame. Now they know a legal issue is necessary. I did not receive any responses. Only Live TV; they told me I was going to be rich and that I have bleed to become famous.

There are people broadcasting their bashing towards me. My life is being threatened! I am told to be banished to suicide or that I should be killed. What if this is true or some sick joke? Everyone has been told to join in on hurting me. I am completely abandoned and wounded.

The governments of foreign counties have been approached with the question of hiring me as the ultimate Queen. I am told that most decided for it.

Generally, the media bases conversations on me and they harass collectively. They insist on explaining all of my childhood stories and then they disrupt any memory of them. They do not decline the fact that they are illegal.

Typical television has been written over and it is designed to harass. The general public has been informative but they chose to worry me. They are told to harass me, and they do! I was on the streets in south California and the people that recognized me yelled that they were meant to eat, shit, and piss my name (Daniela.) They would also mention that I was to become the queen. Or that I already was. (I have never referred to myself as a queen and I do not carry myself with exaggerated superiority or prestige.)

7

I face reality daily and on an hourly basis.

The community and myself are also aware that Eminem has put his daughter threw sex labor. He admits it on his Up in Smoke Tour stating; "it's alright, go with him Haley" (the name of his daughter) and saying it was a way of multiplying his money. He referred to it as a term that means addition. He is involved with incest and he sells rape! It is said that he sells the opportunity of raping me too. I fear the fact that People are using my story, Haley's story, and all the misrepresented media; as a plot against their own friends and family. People are at risk!

The people are aware that Beyonce and Eminem rape me!

It is said that when my legal issues are all done and over.  **I should be a multi zillionaire with world supremacy in the process!** Eminem and Beyonce tell people that I a world abominator.

The people have been obsessed with me since I was a child!  Everyone that came threw my bedroom would steal my socks; every morning I would rip off all the sheets and they were nowhere to be found. Raping me is a historical landmark for the United States' media and our republic. Justice needs to be met.

It is said that since, I have been exposed; all the people are meant to suffer and get tampered with, they do not put effort into helping me. Eminem has sabotaged all industrial products that come threw the state of Illinois. I am sure he hasn't stopped there.

I fear for my life. I am not even able to move out of my mother's house. She rapes me and every time I try to leave; life becomes impossible. The public harasses me like crazy! The people shout out; my personal information, dirty names, and sexual abusive terminology.

The people I encounter mention how they would help me but, they might also lie.

I am ashamed to admit it has taken me so long to revile what has happened. I wasn't even sure if I could! Everyone is higher than me, and they have better resources. They are equipped with advocacy that I can only dream of. I fear not having the power to aid myself.

I live a life with high levels of physical pain. I regularly procrastinate, and my mom is a working force against me. She does not want me to help myself. She insists that I live with her, with limited funds. She is illegal and she must be stopped.

The public in California and in Illinois have not held back their verbal cruelty. No matter where I am the people bring up Beyonce', Eminem, Chris Hanns, and Carlos Escalante. Everyone involved declares they are illegal, or that they're waiting for me to help their victims. * **Beyonce', Eminem, Chris Hanns, and Carlos Escalante are strongly involved with universal rape!** They have made my life hell. They have managed to take everything away from me and they have ruined my reputation for ever.

I am sure many people meant well by informing me, but, their screams harm me. Many of the television networks have spent more time then not talking about me, specifically; on national T.V. If they weren't striate forward with the harassment they

would blatantly bring it up under the sound of whatever else was being heard. I am aware many of the voices are written over illegally by a person who is not on the screen. For example, they will say things threw the cheering on sporting events, yelling "were waiting for you" as they do on Speed, a sports channel on my cable at home.

**Everything is being explained clearly. The people have no fear of incarceration!**

My full name Daniela Sardisco has been used too many times! I am the only Daniela Sardisco in the United States. They have used my full name Daniela Maria Sardisco, and my nick-name Dee. They also name my cat Phatty, they say she is royal right along with me.

The media mention the names of people I held relationships with or that were previously my friends. I am sure that I am the Daniela they speak of! I also truly believe it's about me because, they share stories of my childhood and specific information is mentioned about me and my family. They use names like Judy (my mother), Felix (my father), Maurizio (my brother), Zia (my aunt), Dave (my ex-friend), Chris (my rapist), Jimmy (an ex-con), Tina(an old friend), Lino(a family friend), Nicole Biedrzycki (an old friend), and Nicole Castro(an old friend), Carlos Esscalante (my statutory raper), Pete (Carlos's friend), Hendrich (my ex-boyfriend), and Marium (a childhood friend). These are names of people I have been involved with threw the years.

The media and my stalkers tell me that they hate that my second name: Maria, because it brings up the Bible. The tend to say things such as "your popular, you're an in, you are in, your mother hit, you are our queen, you have a big legal issue, we get to hit you, you're a rape victim, and we want to eat you out. I have had words repeated back to

10

me as I say them.  The media has answered questions that I have asked while I was with company.

The people I was with knew they were talking about me and to me. They kept screaming to me "they're talking about you; O my God they're talking about you." The only problem was that they were illegal and they choose not to come to court for fear of incarceration.

While I was living at 12019 Peoria St. Sun Valley, CA 91352, I lived with this older woman who knew all out that the T.V. was invading my privacy; all day she would tell me they're talking about you. I remember them saying things like "We have Daniela in a hand-basket" on HGTV, and it was said in reference to me that; "she'll always know everything."  Some of the other employees would say things like "you have a big law suite," and "you wrote T.V." they would talk about the hundreds of millions of dollars I was to make. They would tell me they can't wait to see me at the courthouse and that there would be hundreds of people involved, They would talk about my every move; if I jumped they would explain how I jumped, I dropped a vase and they would told me I dropped a vase and what color it was. It was so bad that all night as my roommate watched T.V. in the other room, I could hear them yell out that they could see me in bed and how my leg was hanging out, and as soon as I was under the covers; they knew I was in there. They insisted I bled into the business and now I am in fame and that I have been "made."

I was crying and so nervous and I begged with the lady I was living with to lower the volume or turn it off, so I could go to sleep. But, she insisted she was illegal and that she wanted to watch the show. I felt misused to the most detrimental extent!

The next morning the children that live beside the house; were running around outside yelling, my brother's name (Maurizio) and they were stating information about my life I didn't even tell them. They told me the T.V. told them everything.

Earlier in that month I was in Effingham IL. I was undressed in my hotel room as I was watching the government on the television. The man on the screen had a blank look on his face and all he could say was "we should all travel naked." Why would a government employee say such a thing on live television? I was truly offended.

All of this exposure has gone on in many places all over. It is so sad that so many people take on the same defense; they're guilty. I'm on my side: all alone.

I have multiple witnesses, but, anyone I have touch with, is illegal!  I have many enemies that enjoy putting things in my face and telling me that they won't help me because, I am to sue against them; for holding damaging and life, altering information from me. And they are guilty for committing crimes against me! For example; I live with my mom and an ex-con named Jimmy Papas, he has admitted to me that he hears the media and that he won't help me because he hurts me, he's illegal, and he is cooler than me because he is friends with Eminem. My mom says things like I have the world in my hands. Eminem is my boyfriend and that she raped me.  She also says that I am supposed to put her in jail. She is illegal I am not sure if she will admit her actions to the court.

I have witnesses in the crowds of people on the streets and in the malls of California, the only problem is that I am no longer in California and I do not have resources to find any of them. It is also possible they only yelled to me to make me feel horrified.

Many Chicagoans tell me" they are Illegal and they can't help me" Most of them have told me I rape you, or I eat you out. People say I pee on you and I shit on you. I do not know what they mean exactly. This is horrific harassment! I am injured and alone. I am not comfortable in public, at home, or anywhere in tune with the media.

The children living across from me have yelled to me saying that they heard everything on the radio! And that we might have to wait till they turn eighteen because their parents won't let them help me or testify. They also told me that CBS has put speakers in their yard. The kids shouted there by the fence. I have not looked yet. Now that time has passed the children changed there story and they told me that they get to hurt me and they feel cool so they won't help me any longer.

The media and the public have all been more than obvious; I am the focus of most of their dialogue. I am the reason of their increase in ratings, I have served as publicity and I deserve my fair share of the United States' income.

The Television media has been horrendously abusive! Many of their sitcoms are written over and recorded live, all out involving me, my life, my personal information, and what I am up to all day. I can no longer watch T.V. I am treated badly.

13

Another problem I have faced is that many if not all the movies on television have been written over slightly; they suggest rape, incest, abuse, and bad intentions. This has harmed me more than I would like to admit. I am upset, how am I supposed to think of modern day society? Everyone is being abused!

Radio stations in Illinois knew that I was moving to California and the night before I left they kept mentioning how I was going to "help them", explaining qualities of mine, on a classical station. The radio was referencing my intentions to create a series of instructional videos! B96 once mentioned a girl named Tina that I was once friends with; they brought her name up as I drove on Wood Dale rd. as I passed her old block; Hillside, they told me they knew her last name was Cunningham. This took place way back in early 2006. They also talked about Chris Hanns, he is one of the most promiscuous and illegal guys in Chicago (yet to be convicted) but, highly dangerous and a previous love-interest of mine.

Chris Hanns and Carlos Escalante are people I have held relationships with. Both of them have dated in and out of some news casts. They are known to date a lot threw famous people and musicians, always mentioning me. "It makes them hot." Carlos told me they dated threw Fox news Chicago. My previous friend Polar Bear put on a show on Fox Live. Fox has mentioned on live TV that they began to get a feed of my house after they dated Carlos Escalante.

The theory is that I have been harmed by so many people that they felt guilty and decided that they are willing to pay me off. I am suing to receive compensation for all the pain I have suffered. The media and the public have injured me viciously. The law is

being broken!  My privacy has been taken away and I am being harassed by more people than not. Everyone that sits in the lap of luxury and fame has feed on me in every angle of my house and every minute of each day. They keep insisting that my life is absolutely telecasted.   The United States must be negligent and they need to be notified.

The media has harassed me everywhere I have been. I need privacy and Respect! I deserve a sum of money that reflects how detrimental my situation has been. Celebrities say I will collect 3.5 zillion dollars once all is settled. My wellbeing, my security, my self esteem, and my safety are all at risk. There is too many royalties involved, for me to walk away with less than I deserve. The law has been broken!  I am worthy of justice!

All of the information that I bring to the United States Court House is real.

I will not be guilty of perjury.

10-29-07

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

15

United States District Court
Northern District of Illinois
Eastern Division


Plaintiff(s): Daniela M. Sardisco

VS.                                                    Case No.

Defendant(s):  Eminem


# Complaint


I am left with no choice but to inhale chemical warfare that is unnaturally

imposed on me!  Eminem has lost control of himself he has invested his money in to

chemical warfare!  It is detrimental to my health. There are People that are equipped with

the means of troubling me and the public to any extent.  At all times, I am ether tampered

with, by Eminem himself or someone he has hired and or. I even got harassed by one of

my ex-boyfriends Carlos Escallante; who told me "Eminem is my man."


He is jeopardizing my health dramatically!


I am repeatedly told that Eminem has killed me, and revived me; on many

occasions. This allegedly happened while I was asleep. He spends time taking away my

oxygen, and watching me put up with it. He suffocates me, while I sleep. This happens

1

yearly. I didn't even know I was supposed to contact people. He made it all seem like I should be cool with it. I knew there had been talk about him wanting to date me. But I was busy; I never got a chance to meet him. The guys I knew him threw were gay anyways; I doubt they would have ever introduced me to him anyways.

Later on in life, after I moved out of my mom's house; I found out, he had sex with my mom! "He liked her because she was blond." I didn't know he was going to hurt me. After that he started raping me from a far. Sorry to say, my mom raped me and she still rapes me. I am sure they started raping me together. Now I know he is the reason I was having migraine head aches and pains in my joints and neck. He attacks me with chemical warfare and he helps rape me while I sleep. My mom has always talked about Eminem raping me at night. I thought she was speaking hypothetical. She said Eminem was my boyfriend. I never even told her he wanted to date me. She knew because they had a relationship.

Eminem started insulting me in public; endless amounts of people at a time were told cruel things about me. He was making a mockery of me by dating my mother and making fun of me publicly! He would free flow lines about everything on the radio. He ruined any chance of me representing myself in public; it began with all of my friends knowing he was sexing my ex boyfriend and my Mom! Everyone knew it was allover the radio. Even people on T.V. started complaining about the whole thing. They would even tell me to go to him. People told me "he is waiting for you to call him." They didn't even care he was raping me, and dating my mother, Carlos, and Chris Hanns; who I started to

2

date later. He is illegal; I have been raped, exploited, bashed, and beaten by Eminem.
Incarceration is a must!

He has thrown air warfare to many times! He has added a dramatic amount of
excess moisture into the air on several occasions; it smells like pee. He has put texture in
to the air, like dust. Horrifyingly, there have been different types of repulsive orders
added into my air; such as, cheese, vinegar, feet, urine, blood, farts, vomit, fungus,
vagina, under arm, body odor, new shoes, leather seating, and baby like scents associated
with diaper rash cream and baby soap.

My eyes have been made to twinge or feel a droplet of fluid or film gather on my
eyeball. Flavors have been put in mouth and flavors have been changed that were already
being tasted in my mouth. He is able of putting substances in the air that cause me to
cough up extremely thick mucus. He did this for about three years I know haven't
experienced if for over eleven months; with out changing a thing in my diet and life.
Eminem or someone he knows has the means of changing the flavors of thing that are
eaten! He can make it taste like someone else's saliva has been put in your mouth, and it
sometimes it tastes as if you have another person's genital fluid in your mouth. This is
horrifying! I such not have to be subjected to living in such disorder. The harassment
must be stopped! I need legal assistance!

I am always told that the abuse associated with Eminem. The television media
and my stalkers, mention the reaction to the warfare as it exactly when it happens. I
mainly recall being meddled with at my house but, it has happened at many different

3

locations. Like at the Farmer's Market in Los Angels California and in many local places near Wood Dale IL.

There are occasions when people are asked to join in on the chemical warfare. For example, the cast on Rock of Love explained to me that they all pissed in a cup so Eminem could spray it in my air. They also used my name, Daniela when explaining the story to other spectators.

I am also sexually harassed in my own home. I am consistently bothered my Beyonce' but I infrequently am able to hear Eminem's voice. When I do he tells me "you're dreaming" and something along the lines that I better help myself because, I am going to die. He yells out that he's given me the world and that I am the world abominator. He says he is tampering with the people because he has the power to make the end of the world.

The more he sabotages, the more I have an opportunity to sue and potentially take over large corporations. Considering he has taken control of their factories. He informs people that he rapes babies and that he used his own daughter to make money with child sex labor.

Him and Beyonce' are also highly intue with child pornography. An investigation should be held in mind.

The Republic along with myself are aware that Eminem has put his daughter threw sex labor. He admits it on his <u>Up in Smoke</u> Tour stating; "it's alright, go with him Haley" (the name of his daughter) and saying it was a way of multiplying his money. He

4

referred to it as a term that means addition. He is involved with incest and he sells rape! It is said that he sells the opportunity to rape me also. I am told there are hundreds of people that have raped me under his supervision. While I was sleeping and or dead.

The people are told; it is the end of the world and I, Daniela Sardisco, am there only chance at life. Celebrities mention this while they are out and so do my extremely well know, and nymphomaniac like ex. boyfriends; Carlos Escallante and Chris Hanns.

They rape people and then yell at them that I'm their only chance at hope. Chris will tell people I am going to put him in jail and he is not afraid to walk around telling people he raped them. He has admitted to me that he is all out causing havoc because I should be contacting the court.

Chris Hanns has raped me on multiple occasions and one time he pulled out of my driveway screaming "I raped you." "Sue me." Chris, Carlos, and Eminem all are gay! They continually have sex together.  But they insist on raping women and children. They do not see anything wrong with it. They insist on calling their victims whores and sluts. These men are highly dangerous! They practice human cruelty more often than not.

I fear never experiencing security again!

The people of the UNITED STATES OF AMERICA need to be helped! We are all in danger! These life threatening bullies need to be put away. The lives of millions must weigh higher then a few violent assailants. There will always be more stars; our rapper has to go.

5

The people are made aware Eminem has tampered with all their food; they are reassured after the fact, that there might be a chance that he will equalize the food. (This means the unwanted substance disappears.) His friend and sexually partner who does heroin (Carlos Escalante) will walk into stores and houses with needles sabotaging people's food and toiletries. This is illegal; Carlos must be tried in court.

The People are taught that rape is the way to go and act. It will rule! Until, I, Daniela Sardisco am able to save everyone. People have heard this in bars, in the most popular spots of each state. Carlos and Chris along with Eminem are known to travel, often, talking about me in their sexual encounters and when talking with military men and U.S. Athletes. There are crowds of people that are told they should eat me out. Chris will run around and tell this to most people. Wood Dale is severely informed that Chris wants them to eat me out. The media along with many average civilians are waiting for the opportunity to eat me out. I have been harassed in public on multiple occasions.

Not only do they tell everyone that they want them to perform oral sex on me but they will yell what they do to me themselves. Carlos and Beyonce' yell I rape her, and Eminem states that he eats me out. Lastly, everyone knows that Chris lies to me. Chris was once my boyfriend and he would get around the people making him think he was a cheater only but the truth is that he was sexually molesting them and raping as many people as he could. It is unfortunate that the people have found enjoyment among him. But, time will tell of how afraid they should be. I know me myself, allowed him to abuse me consistently in a cycle that lasted more than three years.

6

The fact I fear most is Eminem admitting he has control over me living or dieing! I am living Petrified!  I am defenseless! How can I protect myself? Can you protect me?

They need to be incarcerated! The people and I are not safe!

How does the United States expect me to defend my self from our highest paid musician in the world? His resources are endless! I am sure he is able to cover up any crime committed. He could most likely commit any felony he would like to. Money goes a long way. America has seen the most incriminating people stay out of jail. I plead to the court; help me put Eminem behind bars.

Rape now consists of so much more than sexual abuse! Malnourishment must be at a record high. Eminem is known to tamper with any factory him and his acquaintances can get their hands on.

I have been raped! I'm referred to as modern day rape case and high-end rape. It is also said that some refer to it as local rape. I am afraid and I feel sorry. My story has probably influenced millions to harm their own children and friends. People might be using my story, Haley's story, and all the misrepresented media; as a plot against their own friends and family. People are at risk! Society needs to be prosecuted! Eminem, Carlos Escallante, Beyonce', and Chris Hanns need to be imprisoned for life. The world is at risk. They are not bluffing; their actions are making a dreadful influence on the average person.

I am told that numerous people pay millions to rape me and that millions are paid to keep me alive. My compensation must be threw the roof; considering, the pocket book

7

of my personal assailants. These people are wealthier then reality. They have incredible contacts at hand. Their resources are endless. This is why they are capable of rapping me physically to any extent!

The rape caused by Eminem, Beyonce', their friends, and people I have met including my mother has been so traumatic! It takes place while I am asleep; this is why I have no memory of it. They have been hitting me over the head and raping my body for many years. I was first raped as an infant. My family and my parents' friends were welcome to join in on abusing me. My life is a disaster; I need justified, legal assistance. People need to be prosecuted!

I am not aware of many of my assailants. I can only hope that the people evolved will begin to plead guilty and start informing the court of other guilty parties. I am told, Beyonce and Eminem, along with their partners; wake me up in the middle of the night to rape and beat me.  These actions are heavily obstructing the law. I am a trauma victim and I repress memories of rape. The celebrities that rape me pay for my body to be healed before I wake or I have been told.  I am hurt The State has to help me!

Danielle Dotson    10-29-07

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

8

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff(s): Daniela M. Sardisco

VS.                                             Case No.

Defendant(s): Beyonce' Knowels

# Complaint

I have been sexually harassed by Beyonce Knowels she has horded my life for
More than a year now! *It has been torture!*  **She taps into stereo systems everywhere!
She has speakers outside of my house! She hollers all day, on most days!** She
continuously slanders my image in public! She insists that everyone disrespects me! She
says that were together, and that were dating. She says things about being lesbian. She
has sung over the radio that she rapes me and that were gay. Most of what she says is
repeated back to me by the public. The most frightening thing I have heard is that she has
multiple bodies that have my DNA. I am so scared, how could she do such a thing?

Beyonce Knowels rapes me, she is not afraid to admit this to the public. It must come to an end! Society is at a all time low!  *It has been agony!* She harasses me and she tells me over and over again that I am 100% raped by her. She swears she hits me over the head when I'm sleeping.

Beyonce' has told me; her mom might be a witness in my defense. On the other hand, Beyonce and her sister allowed me to know that their parents force fed them their' privates. In other words one of them said "my dad made me eat every night" "I had to suck his peni." She began to say that she went to bed dirty and she felt bad. The abuse was "like clock work" She tells me this is a serious offence. I feel horrible. Not only did Beyonce' hit but she was once hit all her life as a child. Her sister is said to be a basket case. It is said that she would have sang but she's all in "eat" "people rape her." Her family is hurt. She says "we need your help"

She taps into stereo systems, everywhere; I am not alone in this harassment suit. I'm told all her victims are stupid. And I should make the money "we owe you." Is what she always says the media is all together on it "You're the most abused one out of them all." Beyonce has told me that is is not my original rapist. I was being raped by other people and in the past year and a half they let her take control of what happens to me.

I'm scared; I know that I am supposed to get paid for all the abuse and exploitation I'm going threw. Who is liable for the media's ill-treatment? How do I get an address to send a summons?

12

I refuse to go untreated. I have a crack in my forehead that starts at my hair line and goes all the way threw my right side of my eye socket. I am not even able to go to a hospital or to visit a physician. Eminem convinces people hired by hospitals to disrespect me and not care about me at all.

Beyonce' insist on harassing me and she is able to speak directly in the mind of someone else right in front of me. I am totally there for what they hum out to me and I watch as they reference to Beyonce and Eminem. And then by the time I leave they're all mentioning a body double. Everywhere I go they insist on lying to me, it's because, Beyonce' tells them; she is on her way there! So they are so excited!

She has speakers outside and inside of my house! If she doesn't she has means of projecting her voice into my house.

There have been many times she has harassed me out loud, in public; she tells people my personal information and she tells people I am the queen, I am going to world abominate, and she always says I'm am a CIA agent. What the heck, what am I supposed to think of all this? I am so distraught. The government has to be aware how can these things be happening? She is one of the highest paid singer/actress in The U.S.A.! She is most definitely miss-using our funds! There is no way; I will remain subjected to this verbal and physical: broadcasted; sexual abuse!

She defames me in public. She brings a body double, a human with a similar exterior appearance and she mistreats her publicly. This is done all around the world. She

13

tells people it is me, and she tells them to hurt me, physically and emotionally! People are forced to be mean to me. I can not be expected to go on like this.

She sings "were gay…" and "Daniela, I rape you…" The abuse is horrendous she has stolen my identity! How could I ever use my name or walk in public again? Everyone is told they pee and poo on me! They force themselves to use my name in public again and again? Beyonce' is not alone… if she is not proven guilty what is suggested; I'd do for my protection?

She has picked up my ex boyfriends that call rape out on me, and she has brought them to where I was. So they could piss on my stuff and sex who ever I would meet and that I had already met. She and Eminem have complete view of me via satellite.

She gets the L.A. police against me! Informing them who I dated and how they should treat me.

She was involved with my Rang Rover being stolen on Hollywood Boulevard.

She has been with and around many people that I previously had relationships with. (Old friends and people I know) She involves herself with these people to make me feel bad and to have the upper hand on abusing me.

She always yells to everyone that she rapes me. She will sing it over the radio. She is all over the media, negatively influencing everyone. While I was in Los Angeles she had taped into every stereo system's along the streets of Beverly Hills. I was told by

14

numerous people that she is a pedophile. She would even sing about it over the stereo systems in the popular malls.

Many people in southern California are told that Beyonce' knowles is their pedophile. People are disillusioned that this is what they want from her. Beyonce' is sick her nymphomania is getting in the way of her coexistent with mankind. Her influence is obscene. I feel dreadful, I'm hurt! She has told me, I remind her of a baby. And she uses it to hurt me. How are we living in such disorder? California's women and children know Beyonce' is statutory raping. I know she is raping my body as well! How can we help ourselves? I deserve protection! I need to be compensated! This type of life is absurd!

I have gone out, on several occasions with Beyonce'. She comes to my house while I am asleep and wakens me. She then takes me out gives me liquor and than her behavior escalates so much that she begins to mistreat me with traumatic abuse. I am than traumatized and intoxicated; loosing any memory of the encounters. She is extremely offensive. She exploits me everywhere possible.

Her reputation is horrible, she is known to rape endless amounts of babies. She is told to take the baby from the hand of doctors licking the baby covered in its mother's membrane. She is said to lick the bellies of women that are pregnant. The women are known to bleed afterward. This highly paid actress is allowing illegal action to get to her head and take her over. Who is influencing all of her unlawful behavior? Beyonce' must be stopped! Even if someone was willing to argue that these facts are a rumor, why would such a stories exist?

15

She has told me herself that she toys with their brains of premature babies and then leaves them brain-dead. She brings gifts to hospital staffs so they will allow her in the private areas of the hospital. The employees are known to let her in under the fact that she is a celebrity.

Not only is she hurting babies of random people she is know to impregnate me and while I am asleep she delivers the baby and kills it slowly after she stimulated the baby's mind.

She taps into my email restricting the e-mails that would have come in. She also gives out my passwords and she has erased any messages I received on My Space. She has redirected calls I have made. She harasses every person I have ever interacted with, eliminating any chance for relationship growth between the public and myself. She has talked over my every phone call for the past year of my life. She also has given out my social security number. Even my rapid rewards with best buy have been used with out my awareness.

She has admitted worldwide, **she rapes me!**

**People are forced to react illegal!**

She must be prosecuted in court! She needs to be stopped!

_Daniela Serdusco_ 10-29-07

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff(s):
Daniela M. Sardisco

VS.                                             Case No.

Defendant(s):
        UNITED STATES

# Complaint

I have been made aware that I should have had a part in most movies; that began
after I was exposed! They make movies that have characters that make you feel like
you're in the conversation. By the first minute the actor is supposed to have gestured with
body language that; he is thinking or talking about you (the viewer.)  They make you
think you're being treated badly; it's irritating. I do not who know who I should direct
this complaint to but I am sure that many actors must be informed. I would like to
summon any popular directors of films; if that is possible. Who is liable for what is sold
in the United States?

I feel so bad, it's almost like I shouldn't even go out and buy films. That's
touchier. Their intentions should not be to irritate and hurt their spectator. Many
American Films have been written to expose; rape, child pornography and pedophilia.

Incest is often a subject touched on too. If there are laws against these actions; how are they allowed to record and sell such incrimination? I feel horrible; I hate to have my mind in the gutter, when I have paid to see an American film.

Daniela Sasdesco    10-29-07

PO Box 87
Wood Dale IL 60191

United States District Court
Northern District of Illinois
Eastern Division


Plaintiff(s):
Daniela M. Sardisco

VS.                                                    Case No.

Defendant(s):
Missy Elliot and Lindsay Lohan


# Complaint


They have Harassed me threw the internet by posting a song on my space that

spoke about my Rang Rover that was stolen. They admitted to me that they were

involved with the reason it was stolen. I would like them to pay me for the damages

caused emotionally and materialistically about the vehicle and all of my belongings that

were inside. It was obvious that someone big had taken them because for an entire week

after the media was holding it above my head. They would talk about my 14,000 different

props, used to present myself.

The Land Rover was completely full to the brim with all of my belongings I

wasn't able to get a trailer; you could only envision how many things I had.  I later heard

people describing it all, in the malls of south L.A.

I have heard Missy talk about it on multiple occasions threw the media. One time she brushed it off as if she would throw me a million for the damages. If anything, someone impersonated her on the radio knowing she was involved.

Lindsay Lohan and Missy Elliot are guilty or a crime they broke the law; my range rover was stolen and they harassed me and exploited my belongings in public. I would like them to pay for the damages and be prosecuted accordingly.

*Daniela Scolese*     10-29-07

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

# United States District Court
## Northern District of Illinois
### Eastern Division

Plaintiff(s): Daniela M. Sardisco

VS.

Case No.

Defendant(s):
NBC

**Complaint**

the Following is
a recording of a typical
day of harassment

Innovation and invasion of privacy --

People have become obsessed with my life.

They are harassing me all day. They claim everything is written over. And they also say it

is not written over you are to go over everything that went on.

1

In a clip, Celine Dion, held baby with hit head.  It was a daughter she had with her. This

makes me feel illegal activity is going on it wrote over I hit it on the head.

l then I saw it was a girl. A daughter of hers.


Mommy held if we hurry we grow out even there were eight kids hit "he's peeing on me"

whined in background. All children said "we feel like Daniela."


Eminem teas he had to erase it." No how about all the kids he hit.


You're to go out as a kid that got hit.


Janice Dickenson  Shown on Screen.

Made me cry and told me I was dieing everyday and that they need me and one of me

(DNA possible") is going to get in high.

They say they're all in the running and they are hit with a underlying persistence that they

will live and meet the queen. They jog her memory everyday (people in jewel said "we

have a Daniela at home and she's always to be the queen, We had to watch her get killed

every night, They use to walk her in, in the morning." and people keep raping her and

hitting her heard hard. My body is known to be hit every night even when I am awake.

they reminded me of the following

On October 28, 2007 I woke up crying and figuring out that I was never getting in and

that if she did get up there would be a day we all were to become nice to her(the people

would know lie to her and or be extra nice to her.) They told me that a man came in my

2

window and hit my frontal lobe because they can make him super quiet and you were hiding under the cover. The night before, I stayed up with a horrible headache, until I was supposedly hit on the head "she got hit in the head." They say. They even had a man's voice confess to me "I hit you" then they told me "he felt good afterwards." I don't remember falling asleep I can hardly remember my last memory, I stayed awake with a horrible headache.   The next day I felt sick to my stomach, and my brain hurt in the front of my head. They referred to it at a "your frontal lobe hurts."

Jimmy always yells at me and looks at me with a real mean face. He tells me he has to hit like every man did. He and his family always would say we eat dirty and we hit and we eat you. He would tell me there's something wrong with your head and your mom knows it too.

"We tea a confession to her, we want to give her every Unlimited credit card given by any Credit card.   Every Unlimited Credit Card given by a bank is illegal." After it is said; "lawyers are not able to find they're names under the cards." If anything the people know who goes out like they can pay everlasting. They said go as if you forget it because there is no such thing. Beyonce' Blew it. Said by a football player NFL, 10:36 we gave up the Bears thought you were schizophrenic. We pay. They also said every bank is illegal, and every credit card company is illegal. The picture said Ford in the corner

In the ford focus you were a walking legal issue.

"People say you'll discover legal supremacy, you will reach it."

Everyone is told to everlasting pay, now we everlasting pray. We feel scared"

Jimmy said: Invading your privacy

We shit eat and poo your name. On the 28th he kept putting his hand in my face and he would say "what's wrong with that and he would keep doing that

It is said they are not able to find Eminem, Slim Shady. I heard his voice a lot

The media and society said that Chris is made to have sex with everyone at the court house. Also they stated Beyonce' was eaten by everyone at the court house. They said she is made to taste sweet because "Daniela talked about if you eat fruit your vaginal fluids come out sweeter." "They equalize it, wow"

NBC Live Beyonce" wrote over on the show and as if she was yelling in my wall on the garage side. They Screamed "ahhhwww!" at the very same time.

"Who ever played the Wegi Game threw hit Daniela."

4

Chris is designed to make people feel, and make people illegal full. They say, "We make you persistent and you might never get it, but, you go to." They fight "she has to get in" and "keep her in forever or make her think she's hit and go to the hospital to check the crack in your head and make sure you see the frontal glob."

"They have put so many of you and they are all told we have the same memory as you, we cry so much you die ever second of the day."

October 28, 2007 10:00 pm ch5 NBC news started in saying Daniela.
All the FX movies went out on the 27th of October. They reminded me

He began by saying "you would pay me to get good." "Daniela were out, I would see you as a Malcom X." Said by Denzel Washington

Britney (while they showed pictures of Britney Spears. She had you selling her kids married her body doubles. They die she made me. Daniela's name is put with hers they took her around dead.

They wrote over Britney Spears and said, "o wow we sat on her head."

"Eminem wore "hit her ever which way," "it we had to eat her every which way." Your body double died every which way. Now were out we paid every which way."

"We all tied in hit her head."

People had if as if I could take advocacy over him. He has so many lawsuits.

People in the isle in jewel said they had to eat and Beyonce' made them this was on the night of October 27, 2007.

I have a memory in my mind that is clearly coming across as me being held up by a old Latin raised grandmother.

They are in 11:34 50 Don't say anything we might be throwing her we always do this you remember we all hit you hit all go they write I get in, stating of they are all getting arrested! We threw all time rape on her the Bears threw all in we have got to pay our ratings got up.

They have said anyone at your fake house threw. Ha ha we were playing a laughing game; ok now tell her you get big.

They always say you're a legal issue.

"Said over the voice of you already get in, were real big."

We confess to you so much, we're, see shut up shh… it felt good. Every bodies a legal

issue.

10-29-07

PO 87 Wood Dale Il, 60191 (630)523-3037

306 Charmille Ln. Wood Dale Il, 60191

Plaintiff(s):

Daniela M. Sardisco

VS.                                          Case No.

Defendant(s):

Wood Dale Police Dept.

# Complaint

*The following needs to be heard. The Police didn't Not help Me, they showed No care For my and the community Well being*

I talked to the Police in wood dale 10/17/06. Our conversations were at and around 10:15a.m.  I later called back at and around 11:00- 11:50am at 12:03pm they said the conversation was being recorded. 30sec later Pat Ludwig recorded a conversation at 12:15-12:38pm

On 10/19/06 at 11:00am a dispatcher named Jennifer talked to me; she smacked her gum the entire time. She was completely unprofessional. She was not taking my concerns seriously. As a police officer she should have been more than attentive to me. The law was being broken and her goal should be to serve and

1

protect. That is why they are employees of the state and our government? I then spoke with someone else possibly; Dept Chief Vesta

After the Wood Dale police were unhelpful I called the Addison police department. I spoke with someone at 12:09pm. No one helped me. The Wood Dale had the audacity to come to my house with out any one alerting them and they were out said my door saying "Chris is in." They imagine it is perfectly legal for a rapist/pedophile to be sexually involved with many of our average adults in the neighborhood along our state employees.

As a child I called the Wood Dale police and I made them aware of my step father plot to kill my broth and myself. He was serious it was the only time he had said such a thing and I was afraid for our lives. The police said there was nothing they could do. All they did was take the report and walk away. In my opinion, they should have at least made my step father aware that they knew and obviously they could have told him don't scare the kids and you can't say those type of things.

When I got older my mom started calling 911 and overreacting. The police once came to the house (I had done nothing wrong) they sat me on the sofa and they wouldn't allow me to hear what my mother was saying. I was over 18 a legal adult. Why would I not have the right to hear a report about myself? My mom was yelling, panting, overreacting, and lying. They did nothing about her behavior. And then they insisted I go to the hospital even though I was doing my best to have an educated conversation with them. I had complete control of myself I did my best to keep my cool under the circumstances.

I heard Judy tell the officers and paramedics that I would give them head on the way home. They did nothing! They didn't find anything wrong, with her offering me up to give sex. I am not sexually promiscuous; I have not had consensual sex in one complete year!

2

I have also called the police stating a robbery had taken place in my house. The police told me there was nothing they could do. I asked if they took finger prints and they said no, they do not do that. There should be something the police should do after a robbery.

10-29-07

PO Box 87 Wood Dale IL, 60191 (630) 523-3037

3

# United States District Court
## Northern District of Illinois
### Eastern Division

Plaintiff(s):
Daniela M. Sardisco

VS.                                    Case No.

Defendant(s):
UNITED STATES DISTRICT COURT

# Complaint

The Pro Se Litigant Guide to Filing a Civil Case needs to be revised! The contents are out dated. Initially, the contacts included were not accommodating. Secondly, the information was hard to understand. The booklet wasn't numbered and they didn't have an example of what a civil lawsuit should look like. I had difficulty putting the case together. The process should be effortless. It was difficult to make sure I had all the pages I needed. I didn't even know what order to put them together.

A few of the agencies shared in the pamphlet, said; they did not even provide legal assistance. The list must be updated. I took time going threw the list and I was not able to find help. I have been ill-treated there is no reason that I should be subjected to an insufficient list. My case is important and I am having difficulty putting it together.

The words used to explain the rules were difficult to understand. I had a hard time reading their terminology. I wasn't sure what I was reading about. The transitions within each paragraph are distracting. The steps do not flow adequately. The beginning of each point should be capitalized and it should indicate a new point. Lastly, the signature declaring your information is true and correct for the In Forma Pauperis application transitions into the Certificate for incarcerated applicants. I believe it will be more of clean cut process, if they were separated.

The guide book to a Civil Case should be easy. The average Americans should be able to pick the contents up and understand exactly what they are supposed to do, all alone, without an attorney. It would be great if we didn't have to seek assistance ether. All the information we need should be included.

The pamphlet doesn't explain what order to put the pages that are needed together. Some changes need to be made. I am sure the liable party is negligent to the pamphlets need for renewal and its need to be modernized.

Please compensate me, for my trouble. I truly believe the pamphlet should be renewed and improved.

_Daniela Sardisco_ 10-29-07

306 Charmille ln.

Wood Dale IL, 60191

(630) 523-3037

33

## Complaint

I went out on October 27, 2007 and I was shocked by what I saw. I have never felt so bad in my life. It was said that Eminem signaled in tell the people out at the stores get high. As I walked around people were saying I had to rape Daniela. This one family said they had Daniela at there house and that she gets hit every which way possible. We have to watch her die at night. We even get forced by our parents to join her as she gets hit in the head. They hit us and pee on us while we're awake.

Over seven kids had misshapen heads some had highly apparent indentations on their heads and loss of pigment all over their face and skull. Children told me "we keep getting hit in the head. We were awake when they hit us and we wake up feeling bad."

There was a little girl at the Jewel Osco that said "I hit him, we want him in he has a little pee pee, we suck It." the little boy had a smaller head with indentations all around his head on each side of his skull.

As I left Jewel a mother told me my son has a pea shaped head because I keep it there. He had to eat. He needs you. We need you. I was told by a Jewel associate that all of the tape from October 27, 2007 around 10:00pm will be available.

Society is at an all time low I feel horrible, how can help contacted for these people I know I can risk getting in trouble if I call DCFS. I once called and they told me that it is a serious defense if I tell on someone.

I'm afraid for the people in town, compensate me, I'm injured, how can I walk around the public if things so horrid are so apparent. I feel horrible. Help me start a program to help the children of abusive families. Help me gain resources to investigate the situation the public has with beating their children. People need to be prosecuted.

Daniela Sacolaseca
10-29-07

PO Box 87
Wood Dale IL 60191

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff(s): Daniela M. Sardisco

VS.                                        Case No.

Defendant(s): Keebler

# Complaint

Product Liability

Cookies were completely cracked every which way, all around the edges. The color coding was doubled and the chocolate cracked. The cookies look horrible.

It felt horrible when I opened the container. I am completely distorted by the picture compared to the cookie itself.

1

*Daniela Sardica* (10-29-07)

306 Charmille LN. Wood Dale IL 60191 (630) 523-3037



United States District Court
Northern District of Illinois
Eastern Division


Plaintiff(s):  Daniela M. Sardisco

VS.                                              Case No.

Defendant(s):  Snickers Candy Bar


# Complaint


The last twenty Snickers bars that I have seen have been inconsistent and

tampered with. Negligence with such a highly respected product is quit the crime.


First, they have had discolored caramel, some having a reddish tint. Other bars

held peanuts with an over powering taste. I also tasted bars that tasted completely

different from beginning to end. There were peanuts that tasted different from one

another. Some peanuts tasted much more toasted than the other.


Another defect that many of the bars held was holes within the bar, where it

seemed like there was a bubble and it was missing filling. I even saw a bar that didn't

have the swirl on top that's not all, some that had chipped corners. I bought a bar which

30

had some of the filling oozing out of it and bars that had extra chocolate on the sides as if it dripped over. Lastly, there were bars that had smudges on the sides that looked like they came from finger nails.

This is a severe offense. This is a nation and international product that has always been consistent. I have purchased snickers for most of my life and I have never encountered what I have this last month. I consumed many of those bars not knowing they were hazardous to my health. I require compensation. The people do the same.

I am assuming the owner is negligent and the factories have been corrupted. What could the problem be what has happened is there a chance I could be effected in the long run?  Will the factories be prosecuted? How can I trust Snickers?

*Daniah Sedvee*    10-29-07

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

31

# United States District Court
# Northern District of Illinois
# Eastern Division

Plaintiff(s):

Daniela M. Sardisco

VS.                                                    Case No.

Defendant(s):

Mountain Ice Water bottles

Nestlé Waters North America Inc.

# Complaint

## Product liability

Their bottles are inconsistent and the flavor isn't always the same. I have tasted a heavy chemical in multiple cases. It tastes like melted plastic. One bottle tastes different from the other. For water, it has a heavy flavor. Their bottles also have a different feel from one another. One bottle feels softer compared to the other. Some bottles were even cased with indentations in the bottles. There is defiantly a problem.

I fear purchasing their product. It has endangered my health. How hazardous are their bottles of water? What is wrong with the case I just purchased, the bottles were not filled consistently. Should I be scared?

There must be negligence at the manufacturer. Compensation and attention to the crime are necessary. The manufacturer must be negligent to the casing and filling of the bottles of water.

10-29-07

306 Charmille Ln.

Wood Dale IL, 60191

(630) 523-3037

# United States District Court

# Northern District of Illinois

# Eastern Division

Plaintiff(s):

Daniela M. Sardisco

VS.                                                    Case No.

Defendant(s):

Mountain Ice Water bottles

Nestlé Waters North America Inc.

# Complaint

## Product liability

Their bottles are inconsistent and the flavor isn't always the same. I have tasted a heavy chemical in multiple cases. It tastes like melted plastic. One bottle tastes different from the other. For water, it has a heavy flavor. Their bottles also have a different feel from one another. One bottle feels softer compared to the other. Some bottles were even cased with indentations in the bottles. There is defiantly a problem.

I fear purchasing their product. It has endangered my health. How hazardous are their bottles of water? What is wrong with the case I just purchased, the bottles were not filled consistently. Should I be scared?

There must be negligence at the manufacturer. Compensation and attention to the crime are necessary. The manufacturer must be negligent to the casing and filling of the bottles of water.

*Daniel Sordesco*

10-29-07

306 Charmille Ln.

Wood Dale IL, 60191

(630) 523-3037

Plaintiff(s):  Daniela M. Sardisco

VS.                                            Case No.

Defendant(s):  Choate Mental Health
                       And Development Center

# Complaint

September 2007

The owner of Choate MHDC is negligent. The employed staff is careless,

inattentive, and illegal!  The workers of Choate began their abuse towards me by making

me wait extra long for a pass to get out on the property.  I saw others receive their pass on

their second day in the hospital. Then a technician named Bambi lied to me and told me

there weren't any tooth brushes for me to have. Only a minuet later, I had one of the other

patients go up to her and ask for a tooth brush. Bambi gave her a tooth brush! She lied to

me! It is completely illegal for her to deny me toiletries especially in a state paid facility.

3

Their food was sloppy and their trays were dirty with old film on them. I found a membrane clear like substance in my white rice. They snacks they were giving out as prizes were incredibly old. And all of the tables all around the facility were dirty. In the dinning room the tables were so dirty and sticky that my arm would stick to the table.

On the outside of the dinning room door the window was covered with upside down wallpaper. The paper had fish swimming upside down and the artwork had a shimmer tint to it. It was disturbing to see the artwork upside down. And why would they cover they cover the window anyway?

I never saw the staff clean any tables, chairs, or water fountains. The facility was gruesome, the filth was over powering. Their laundry machines were so filthy the bacteria had grown orange all around the top. Their laundry machines were dirty and they smelled of fungus and filth. The dryers smelled of pee and there was gum like substances stuck to the inside of the walls. Their linen was all stained with brown spots and they smelled strongly of food, grime, and bodily expulsion. All of their linen was stained with brown and dark yellow spots! They all smelled horrible! They smelled of food and some carried a stench of some unknown chemical, far from the sent of bleach.

The facility was so dirty and the temperature was too cold. The water that was given during medications, smelled of and of lotion, cigarettes, and at times a strand of fungus, depending on who the med nurse was. Everyone would say that their just blowing past it. You could see it in all their faces.

4

One of their employees would make faces and teas the patients, yelling and using foul language. A superior must me negligent! Who is liable?

They had men and women sleeping in the same hallway just a room with apart. I asked for a new room because my roommates were harassing me and soiling my belongings. They denied me my own room. I was afraid, I had dark yellow stains on my pillow case and the girls kept saying "I hit you in the head", and "I finger you." One of them considered her self a "computer" she told me that the janitor fingers her. I was being sexually harassed left and right, One of the patients talked about seeing his big black penis go in and out and one of the over weight, male technicians told me he had a small penis. I was hurt badly.

I am so scared, every morning I woke up in the facility I tasted heavy bacteria, foot like odor, fungus like odor, and I also woke up with crackers in my mouth. I am sure someone was tampering with me as I slept! I would fall asleep very lethargic; I am sure I was sleeping heavy threw the night.

The first day I fell asleep there I had a memory like feeling when I woke up that I felt a man get in bed with me and put his fist between my legs. About a week later, I woke up to a blurred image of one of the technicians at my feet. She had a needle in her hands and as I felt her prick my foot. I asked why are you needling me, are you always going to do this. Shortly after, I fell sound asleep. I know that it was a female and I would be able to recognize her in a line up.

Other crimes that the facility committed were playing violent films with, guns, drugs, and illegal activity for a room full of mental patients.

There were occupants that continually pissed in their pants and the employees would fail to clean up after them. The germs had to have been overwhelming. Many of the patents were sick with a virus the entire time I was there. I continually would see them take red cold syrup while I was in line behind them.

The psychologist, Doc. Baraiely gave me a breast exam! That must be against the law, what do my breasts have to do with my mental standing. This man was clearly practicing medical malpractice! He announced that I told him "I have tuberculosis" I don't even know what tuberculosis is; I did not tell him any such thing. For what reason would he have lied? He must me unlawful. He also told me he was at work on the 21st of September; he was not, and he persisted on telling me that I had asked questions all day. He was rude and he wouldn't answer my questions.

He would tell me I was asking too much, and that he didn't know when I would get out, and that there was a chance I could stay up to three years. The man scared me, I was completely uncomfortable! I was sickened by what was happening in the hospital. I wanted to leave and they held me against my will. The day before I left, the doctor took me to the side and told me; loud and clear, "Daniela maybe, I will be in a hospital next year." I'm afraid! Choate MHDC is practicing prohibited activity! The person liable is negligent to what is going on the authorities must be contacted.

6

I was there too long; they forced me to drop out of school even though they knew I was enrolled, they gave me no choice I wasn't able to leave. I signed a form to be tested for a H.I.V. test and they did not test me. Furthermore, their method of keeping record of a patient's belongings was sloppy and deficient. They took my lucky two dollar bill and gave me different bills when I left. My money was supposed to be held in a safety deposit box.

My first court date was postponed; the advocate had a date. Therefore, I was held one week longer, unable to see the judge. When I finally got to court, it seemed like the state appointed attorney: Penelope S. Smith was working against me. It was the questions that she asked that gave reason to keep me in the facility longer. The judge: Boie, thought it to be helpful to keep me in Choate because he felt that I needed protection from my sexual assailants. Little did he know, time wasn't going to make them disappear? Holding me the hospital made me lose time! Nothing changed, when I left the people that harmed me, were still not incarcerated.

Staying in the facility kept me uncomfortable. I am worried about what happened while I was there. I am completely upset! The owner must be negligent to the illegal activity and carelessness of his staff.

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

7

Plaintiff(s):
Daniela M. Sardisco

VS.                                                    Case No.

Defendant(s):
Carbondale Emergency Room

# Complaint

I would like to sue Carbondale emergency room, because, I was raped, they knew and refused to give me a rape kit!

I arrived in the late afternoon pleading with them to put me threw a rape kit. They told me they would and that they were going to send my clothing from the night before to a forensic laboratory.

I told the emergency room exactly what had happened to me and that I knew I was raped. It was mandatory that they give me a rape kit. I asked for one.

No one in their right mind would let a student that woke up naked and with no recollection of the night before, go by without a rape kit. Especially when she was told

1

someone had sex with her while she was heavily intoxicated and her underwear smelled of someone else.

I felt used, alone, and vulnerable! None of the employees in the hospital cared. They informed me at the beginning of my visit that a counselor was coming to sit with me so I wouldn't feel bad. No one came. They left me alone for more than five hours. And then came back to my room explaining that they were not going to give me a rape kit and that they were going to send me to another hospital.

The hospital employees did not care about me! The building was cold no matter how many blankets I asked for I was not able to get warm. I was left alone. It was uncomfortable and I didn't sleep all-night I was there till 5:00 in the morning. How could they reject me of a rape kit?

Their refusal to be lawful must be brought to attention. I expect the liable party to compensate me.

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

2

# United States District Court

Plaintiff(s):
Daniela M. Sardisco

VS.                                                    Case No.

Defendant(s):
Carlos Escallante

# **Complaint**

Carlos Escalante Statutory raped me at the age of 15. He was 21. He continued
the abuse and made me feel sexually dependent on him for 3 years that followed. He now
insists on stalking me and he has informed me that my Father, Felix Sardisco told him to
"haunt me." Carlos walks around my property and harasses me. He also parks down the
street from my house and has sex with people.  He has brought other people to harass me
also. Carlos defames me in public and has mentioned my name across the map. He is my
rapist/stalker! I am being exploited!

I once had a garage sale and an elderly woman came up to me and told me Carlos
goes down on her. She said he should eat you too. Carlos not only rapes people his age
but he raps the elderly and the underage.

Carlos is a drug dealer that intoxicated me more times than I would have wanted. He used drugs in order to rape me. He has also given me date rape drugs such as liquid G.

Carlos is a dangerous! He told me to my face that he has sex with little kids. I once went with him to the movies with his little cousins. He made his female cousin cry because he forced her to remember when they hung his dog. Carlos made the little girl take the dog while it was on the leash and pull it over the foot of the bed and watch the puppy suffer! This is animal cruelty.

Carlos is clinically insane. He has taken over 100 strips of acid and over one thousand pills of XTC. He is sick and he is pulling society down with him. I once read a book on rape. It explained that a rapist is capable of taking over and influencing an entire county. Carlos Escalante surly has taken society and altered their way of thinking. There are boys that went to high school with him that live by his way. Carlos is an extremely illegal influence to the American people.

Carlos spends his time with assailants; such as; Beyonce' knowels, Eminem, and Chris Hanns. (World wide rapists) He is willing to give oral sex to anyone that crosses his path. This seems to be a health risk. He is obviously mentally ill. He is a nymphomaniac! His actions are illegal. Carlos has no control over his impulses. He has to give oral sex everyday. He doesn't even care if the genitals are filthy; he insists on raping. He must be stopped. The future of an endless amount of people is at risk.

I do not want to worry if he will rape again. He takes virginity from people often. Carlos has raped Thousands of virgins in his life time. He is a club head that always has sex and drugs on his mind.

9

Carlos Escalante is a compulsive liar. I know Carlos. There is no way that he has been with a limited amount of people sexually. No mater how many he has been with, he insists on saying only a few. Every year he becomes more and more dangerous. He needs to be taken off the streets. **Carlos Escalante rapes every day of every year!**

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

10

United States District Court

Northern District of Illinois

Eastern Division

Plaintiff(s):

Daniela M. Sardisco

VS.                                        Case No.

Defendant(s):

Chris Hanns 259 Montgomery Ln, Wood Dale, IL 60191

# Complaint

Chris Hanns is a stalker, a pedophile and a rapist; He needs to be incarcerated. He has pushed the limits of sexual abuse. He is not only raping: women, men, and children; he is raping Animals as well. The emotional abuse he has been striking the people with is supreme brutality. Chris has repeatedly raped me and he has involved my mother also. Chris has raped the neighborhood we live in. He is mentally insane; he should no longer be left in public without supervision. Chris considers himself to be a con artist he has many manipulative way of raping people

1

First, my mother informs me regularly about the abuse I have endured, Chris told her first hand; everything he has put me threw. While I was sick in bed; Chris would have unprotected, vaginal and rectal sex with my mother right before coming to my bedroom and having unprotected sex with me. This caused me to foam from the vagina and an infection accrued. My mom has said "you don't know how many times Chris raped you. He used to come to me all the time and tell me exactly what happened. He described how he raped you. Then he would cry and come to me, wanting to have sex." "It was so hot."

Second, I have been told that Chris invited friends over while I slept. If he had girls over he would hit me on the head and have them sit on my face. If he invited Carlos Escalante over he would hit me on the head and they would have gay sex around my body. I would wake up more days than not with a disadvantageous strain in my neck and shoulders. My spinal code would hurt dramatically.

Third, while we were in a relationship he would brutally fight with me all day and night causing me to have no strength to go out the next day. He made me go threw depression daily. Chris would verbally abuse me consistently telling me I was dumb and crazy. He raped me everyday for more than a year he would use my uterus to ejaculate and then he would get off me and say he was done or tiered. I never would get the opportunity to orgasm. He would compulsively lie to me, telling me he was sleepy and that he was full. He would even lie about things as petty as food.

Chris has come to my house and hit my head on the wall. He has pushed me around and broken mirrors at my house. The children across the street from me have yelled that he raped them too. The kids talked about how he would yell at me in the

driveway and as he left he would pull his truck back and look at the kids. They told me he wanted them to think he was a nice guy and that they would forget what he said to me. Then they said that he would go to there house and have sex with them and their mom. Offering tile work and any other handyman jobs he could do for them. The little boy yelled to me that he felt bad; Chris raped him and made him think gay. The parents are illegal and they will not allow the kids to testify.

He has offered me money for sex. He has also told me, under his breath that he pays other people to have sex with him. He has even said that people pay him to have sex. He has also told me I should pay him.

He has forced me to give him oral sex on multiple occasions. He would put his hand on the back of my head pushing it on his penis as he begged me and made me feel sorry. He uses baby voices and refers to his staff at a peepee monster. There were other times Chris would lay me down and he would get on top of me and press his penis into my face.

There was a time he had sex with me after I had to force him to ware a condom. During the sex; he took the condom off and raped me in my anus with out asking for my permission. His thrusts were hurtful. After that, he hit me with a pillow and attempted to push me down the stairs.

He has also bruised the insides of my uterus on purpose. By dipping his staff into the same spot over and over. I suffered with that pain for over a month.

Chris has forcefully convinced me to go out with him. He would pick me up and take me to his house or a restaurant first. When we went in public he would call me

stupid and he would yell at me. If I wanted to leave he would not take me home; he would force me to go to his house where he would rape me and then insist I walk home.

Chris has gone to physician's offices where I was a client and he raped the doctor and there girls on duty. He walked into my OB Gyno's office on Bloomingdale road with his brother Donny Hanns and Carlos Escalante and they all went threw and raped the staff because I was a client there. At my next appointment, a girl behind the counter told me "they walked in one by one" they had sex with all. I believe her name was Nicole.

He has forced me to go with him to a hotel on my birthday; he picked me up in his truck and he wouldn't let me out no matter how much I cried and yelled. I kept telling him stop! Let me out! He was foaming from the mouth and yelling at me horrible only a centimeter from my face. Immediately when we got there; he had sex with my body and then fell asleep on top of me.

Dupage County has been severely abused by Christopher Lee Hanns. He has ruined lives. There are men, women, and children feeling horrendously ashamed after being raped by him! People fear going to the police. They are embarrassed such a thing as happened to their family. They consider themselves illegal citizens. They join him; they are sexually involved with their own children and pets.

A Man in the neighborhood once told me; "I can no longer yell now that my family has been raped by Chris." People have told me that Chris has sex with their dogs and that it makes them hot. A man once told me Chris needs to be executed! The abuse he has called out on the people is completely insane.

Chris shows displays of retardation and there are days he is not able to keep his cool for a five minute period. He is a drug addict and he deals marijuana. He has no

4

emotional control. Chris has taken XTC everyday for over a year of his life. He still involves himself with XTC and coke. He is able to rape groups of people at a time. This is dangerous for his health. People have lined up to receive oral sex form him. He resorts to animalistic sounds and actions once he starts raping; on most days he raps threwout the day and threw the night.

He has ways of making all of his victims dependent on him, as I once was. He will make them lay down with him and he refuses to take people home if he is the one that picked them up. When Chris raped me he would prematurely ejaculate and run out of my house directly afterward leaving me longing for more. It was physically and emotionally destructive! Chris screams and yells that he is a rapist; he threatens people that he will contract them with Aids and herpes. He has left my house yelling "I raped you, put me in jail, and sue me."

Chris Hanns is sexually exploitive. He has no shame and he rapes to any degree Chris's body has to give head all day or he doesn't feel right. He gets sick. He often becomes emotionally distort. It is as if his body can not go with out giving oral sex. Chris uses rape as a drug he immediately goes threw relapse! His tolerance for conflicting pain dramatically gets higher each year. He is forced to hurt people more and more; to achieve satisfaction.

Chris is sick; he is constantly raping people he meets in public. When Chris goes out to a club or party he spends most of his time in the bathroom performing oral sex. He is a nymphomaniac! His actions are not sanitary. His friends have told me he has given oral sex to over twenty men in one room at one time. Chris has given oral sex to his older brothers and his mom since he was a toddler. Chris has been mentally and sexually

abused. He needs to be attended to. Chris is now an adult and he is still involved with incest and rape. His older brother Donny Hanns beats Chris in the head with his fist while Chris gives him head.

Chris has many means of raping. Chris can give over one hundred people sex each day. He does not wash himself in-between. He has come to my house with vaginal cum in his mouth and he has come to my house with menstrual blood in his mouth, forcing me to kiss him.

When he gives oral sex or he jesters it's about to happen. He gives off vibes that relax his victim so badly that they lose control of their organs. Many people drop hemorrhoids, others pee on him, and many have even pooped on him. One of the last times I let him in my home I lost complete control and I farted and leaked urine; while he was in the room with me. Chris leaves people sexually dependent! He emotionally bashes people's minds. They then are intertwined in his abusive cycle; going back to him for satisfaction that is never truly met.

Chris is a manipulative rapist he often offers his labor in order to get the opportunity to rape people. He was worked for me, doing tile work. In between the time he was working, he would beg me to allow him to go down on me. I said no over seven or eight times and then he helped himself by take down my pants. After going down on me he forced me; to put his penis inside of me. When Chris was in High school he would force Sex games on the boys in the locker room. If someone lost, they had to perform oral sex on one of the other guys.

6

Chris consistently calls my house; anonymous mostly, but often with his number also. He calls over three times a day, sometimes up to eleven calls in thirty minutes! He does not fail to continue his ways. He often drives past my house. And he is always asking people about my personal business. Chris uses crying to make people think he is sweet and easygoing; then he goes in to rape them. All of his tears are a show. He claims he wants to be an actor.

In conclusion, Chris Hanns rapes and verbally abuses the public. He is a compulsive liar that is risking the future and present of our society. I have been raped by him many times. Chris Hanns is mentally sick! He can no longer be in public unsupervised he continually rapes all day and night. Most nights he only sleeps three hours. His thought processes are foggy. His past and present are destructive.

306 Charmille Ln. Wood Dale IL 60191 (630)523-3037

7

I am worried;  I do not have and am not able to live anywhere considering my situation with the public and Beyonce'.

What should i do in refference to putting my mother behind bars befor I

am able to find a new home?

# United States District Court

Plaintiff(s): Daniela M. Sardisco

VS.                                          Case No.

Defendant(s): Judy Sardisco

# Complaint

I need to be considered a single adult! I do not want to be associated to my mother Judy Sardisco any longer.

I would like to be separate from my mother Judy Sardisco.

My mother has done many things that are against the law in the United States of America. She is most definitely illegal! She is guilty of crimes ranging from opening my U.S. Federal mail to sexual molestation and rape. The way she harasses is dreadful to live beside. She picks and chooses who to revile her actions to.

1

She has abused me for many years and she has disabled me for being able to live on my own. She convinced me to lend her most of the money I received for a previous law suit. This money would have acted as a down payment for a house. It is not that she denies me of the money it is just that she all ways postpones when she will give me the money.

Unfortunately, she has taken up the belief that if she yells that I am sick she automatically has control over me. And what happens to me. I would like to limit the possibility of this happening. She has called 911 on me for no reason at all and then she told the hospital that I hallucinating. It is not right for me to have inaccurate information on my record.

I was at the fridge, late in the night, grabbing a snack. It had been hours after we had even spoken. As I walked away she grabs the phone and calls emergency 911. She had no reason! Nothing in our past discussions was even brought up when the ambulance and the police officers were at my house. She resorted to telling them that I was crazy and she later told the hospital that I was experiencing hallucinations. I assure you that I am not guilty of experiencing hallucinations.

Why was the call made without an emergency and no concern or fear in the air? I was on my way to sleep.

My mom Judy Sardisco has not only been raping me on her own times but she has been aware that my boyfriend continually was raping me! My mom said "you don't know how many times Chris raped you. He used to come to me all the time and tell me exactly what happened. Describing how he raped you. Then he would cry and come to me, wanting to have sex." "It was so hot."

Judy has told me that she wants me on medications to make me dumber, and to get sick. She yells if I am not on medication: I am forced to take medications while I live with her. She threatens that I have to continue taking them for life.

2

She often makes me aware of her illegal activity and then walks away as if she had been saying everything under her breath.

She is completely illegal. I am not able to go to the police because I have filed multiple reports with them and they have repeatedly avoided helping me. They have gone as far has laughing in my face while I was filing a report that I woke up with my mother in between my legs! She was molesting my vagina while I was asleep! (I have never allowed my mother to have sex with me.) The man writing the report began to giggle, and he changed her name to Jude. He Stated "O Jud did that." The Wood Dale Police Dept. is illegal my mom has had them over in the night time to rape me. She would invite them while she was working at Jewel Osco.

I am homeless I live with Judy; what happens if she is able to go back to the house after the court hearing; where will I live? Will I be able to get my money back from her?

I have had anxiety. Such as: hyperventilating, compulsive crying, nervousness threw out my entire body, shortness of breath, chest pains, and migraine head aches. I also have had pains in my joints and neck; my mom now tells me, I was being raped while I sleep, and that is why I suffered during the day with so much pain.

Lastly, there has been many occasions I refrain myself from going to the hospital even thought I am in critical physical condition. I have a crack in my forehead and I have still not got to the hospital. I have pain at a rate of 10 as a level of how excruciating it is: in my back and shoulder. I am in need of a doctor.  It is just that I have had many emotionally and physically painful interactions with hospitals and I can not bring myself to be mistreated again by another hospital staff.

All of the information that I bring to the United States Court House is reality. I assure you that all of the information I have collected has been accumulated while in a

3

calm and clear mind. Nothing that I bring forth will be false. I am choosing not to discuss anything that I became aware of during severe anxiety and fear.

I promise you I will not be guilty of perjury.

My mother Judy Sardisco/Petrillo began by confessing that she had had anal and vaginal sex with my boyfriend, Chris Hanns, knowing in full that he was on his way downstairs to my bedroom to have sex with me vaginally with no condom, since, I was on birth control!

She later whispered to me that her mother would put knives up her vagina, when she was living in Italy! I was just outside where she was lying in a room with no instillation in the walls, as she told me the story. The house was quietly as can be.

My mother further explained to me that she has hit me over the head while I am sleeping so I could be molested and raped without being able to defend myself! This has been going on since I was a small child.

She has neglected me all my life, forcing me to fend for myself at the age of thirteen; for toiletries and new clothing. I would work at a job she found for me under the table. She would give me no choice.
There was two occasions that I was forced to sleep on badly swollen ankles. She would not take me to a doctor. She wasn't concerned for my wellbeing.

As a small child I fell off the bar in the basement and knocked myself unconscious. Judy didn't take me to the hospital, I was told that she gave me oral sex and left me be to wake up on my own.

My mother's friend had told me that "My father use to eat every last bit of me" In Italian. She was insinuating sexual condensations.

My mom's cousin's wife Cheryl D'Amato has called my mom and repeated on speaker phone are you going to eat her out? Go eat her out; are you going to eat her? Are you going to eat her? Multiple times: while I was awake in the room only two feet away with a wall that isn't even filled with instillation. I was the only other person in the house.

4

She was talking about me. That next morning I woke up with my mom in between my legs and I shortly after realizing what was happening I lost conscious feeling woozy from the interaction.

About three and a half hours later I woke up with the ***worst pain***, in my uterus; I was scared and alone. She was the only one in the house that morning and it burned so bad when I went pee. I didn't know what to do, so I asked her for the remainder of a vaginal cream I had given her a few days before. As she handed me the tube of cream to me she had this evil smirk on her face and she said "hears for them." I'm assuming she was expecting me to go get a rape kit. Who else would have come in contact with the cream? I was not sexually active with anyone at that time.

The next thing I did was clean up since I was in pain from all the bacteria. I left the house for a walk to the neighborhood police department.

Once I arrived there I quickly asked to file a report about what had happened. I explained my story to the male officer that had been assigned to write the report. He held a slight smile the entire time I was speaking, I felt offal, and He even began to giggle as he referred to her as Jude. And he told me; "O Jude did that" I was petrified, my mother (Judy Sardisco) had broken the law and the police were no help!  This all happened two weeks before Halloween of 2006.)

Judy has recently told me that at one point in my life my father was sure that I should die so he insisted on hitting me over the head harder and harder so "maybe I wouldn't wake up from being beat unconscious.

My Great Aunt; Giovanina Zambetti, on my mother's side has told me to my face; Daniela, I rape you! I do not have any recollection of her raping me while I was conscious. But, there was a separate occasion when I was sitting on the back porch and she and my mother were standing by the sliding door and she, my aunt turned to my mom and said "Let's rape her." I said something along the lines of "NO! Are you crazy?" and they did not proceed with the suggestion.

Judy has to always be involved in my life; she has looked in my mail and opened my mail for years! She puts herself in my insurance problems and she makes it difficult for me to live on my own, I have moved out and she called me so often with this very sexual voice which made me feel harassed! I cried everyday I heard her voice. She'd make me frustrated like you can't believe.

In 2004 she convinced me to borrow her $30, 000.00. She now makes it difficult for me to ask for it back, she yells at me and I fear that I will not be able to get my hands on my money, any time soon.

PO Box87 Wood Dale IL, 60191(630) 523-3037

6

# United States District Court
# Northern District of Illinois
# Eastern Division

Plaintiff(s): Daniela M. Sardisco

VS.

Case No.

Defendant(s): State of Illinois Department of Human services

Dupage county DHS Office

146 W. Roosevelt, Suite 2

Villa Park, IL  60181-3575

# Complaint

I am hurt; the employees of the Roosevelt DHS Office treated me unfairly. They were rude and unhelpful.

I was on the phone with an attendant asking about previous information about my account, when the girl on the phone canceled my card. I went in to the office a few days later and I told the staff what had happened and what I needed them to do. After having me wait an unusually long time, they told me my card was fine and I would be able to use it. The next day I found out the card was still canceled. The staff misinformed me I had to drive back a third time.

The third time I went back I was told to sit down and someone would be right

with me. I waited for a long time, I even saw people get helped that showed up behind me. When the attendant finally called my name, I realized she had come out in front of everyone with a folder which had a different name on it and it was scribbled out. She then had me follow her to the very far back left corner of the facility. As we walked back there, I saw mounds of paperwork stacked on filing cabinets without any labels and the stacks were are disorderly. I was shocked by what I saw. It made me feel awful! The United States must not be aware of the offices' carelessness.

After all of that I was left with talking to the girl at the link desk. She was rude. She ill-treated me and informed me the girl on the 1 800 number had canceled my card under reporting it stolen. I did no such thing, why was the card canceled? Was it a common mistake? What if I was in need of buying food?

The state needs to be aware of what is going on at this Villa Park location. The staff is careless and rude. They hurt me. The State is negligent to what is being done.

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037