07CV6114
JUDGE KOCORAS
MAG. JUDGE VALDEZ

**FILED**
OCT 29 2007
OCT. 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Daniela M. Sardisco
(Please print)

STREET ADDRESS: 306 Charmille Ln

CITY/STATE/ZIP: Wood Dale IL 60191

PHONE NUMBER: 630 523-3037

CASE NUMBER: _____

Daniela Sardisco     10-29-07
Signature   Date