## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6114 | **DATE** | November 13, 2007 |
| **CASE TITLE** | Daniela M. Sardisco vs. United States of America | | |

**DOCKET ENTRY TEXT**

Our jurisdiction to preside over this matter is not engaged, and the case is dismissed pursuant to Fed.R.Civ.P. 12(b)(1). *See Buntrock v. S.E.C.*, 347 F.3d 995, 997 (7th Cir. 2003). In light of the outcome in this case and the extremely short period of time that it has been pending, the Clerk of the Court is directed to return the $350 filing fee to Sardisco by mail at 306 Charmille Lane, Wood Dale, IL 60191.

■[ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

### ORDER

   Plaintiff Daniela Sardisco has filed a complaint against the following parties: the American media; Eminem; Beyoncé Knowles; the United States of America; NBC; Missy Elliott; Lindsay Lohan; the Police Department of Wood Dale, Illinois; the United States District Court; Keebler; Snickers Candy Bar; Mountain Ice water bottles; Nestlé Waters North America, Inc.; Elgin Mental Health Center and employees; Choate Mental Health and Development Center; Carbondale Emergency Room; Carlos Escallante; Chris Hanns; her mother, Judy Sardisco; and the Illinois Department of Human Services.

   A federal court has an independent obligation to examine the question of subject matter jurisdiction in every case brought before it. *See Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007). The allegations of Sardisco's complaint plainly reveal that there is no federal subject matter jurisdiction in this case. Her panoptic allegations of behavior range from chemical warfare to repeated sexual assault to television personalities invading her privacy by following her with their eyes through the television to inconsistency of peanuts in candy bars. These charges do not have a foundation of rationality; a viable Article III case or controversy cannot be premised upon them. As a result, our jurisdiction to preside over this matter is not engaged, and the case is dismissed pursuant to Fed. R. Civ. P. 12(b)(1). *See Buntrock v. S.E.C.*, 347 F.3d 995, 997 (7th Cir. 2003).

   In light of the outcome in this case and the extremely short period of time that it has been pending, the Clerk of the Court is directed to return the $350 filing fee to Sardisco by mail at 306 Charmille Lane, Wood Dale, IL 60191.

**Dated:   November 13, 2007**

*Charles P. Kocoras* (signature)

**CHARLES P. KOCORAS**
**U.S. District Court Judge**