# United States District Court
## Northern District of Illinois
### Eastern Division

Daniela M. Sardisco                                       **JUDGMENT IN A CIVIL CASE**

     v.                                                         Case Number: 07 C 6114

United States of America

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed pursuant to Fed.R.Civ.P. 12(b)(1).

                                                Michael W. Dobbins, Clerk of Court

Date:  11/13/2007                                         _____
                                                /s/ Stephen C. Tokoph, Deputy Clerk