United States District Court

Northern District of Illinois

Eastern Division

**RECEIVED**

MAR 0 7 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Plaintiff: Daniela Sardisco

Amount:

Vs

No.  07 C 6114
— Kocoras, Judge

Defendant: United States of America et al...

**Amended Complaint**          **American sexual harassment**

I am sexually harassed more places than not. It is not only adults that are harassing me but there are children sexually harassing also. I have had people come to my home talking about a nymphomaniac named Chris Hanns, who rapes me continuously. I have had people threaten me with physical abuse at bars and clubs. I was hit; in neighborhood bars. I have walked in restaurants and had children yell to their families, I want to eat her, pointing right at me. This has happened too many times. Pedophilia is illegal and so is incest. I have seen little boys with their hands in their pants. Children are masturbating in public. The mother was right there she didn't tell him to stop. I have been so offended. This is distressful; it appears the communities are all together

1

the behaviors I witness are similar from one family to the next. Children tell me they get dick in their mouth and they masturbate in front of me. Their hands are in their pants out in public and no one is taking action against it!

I have been raped! I'm referred to as a modern day rape case and high-end rape. I've been hit on the head since I was born I have endless photos to prove it. It is also said that some refer to it as local rape. Rape should be non existent. I am afraid and sorry. I am not protected anywhere I go. My family threatens me every night; before I go to sleep! I am not the only rape case people are talking about it everywhere.

I have been gang raped at family parties and out in the open. All of my veins are misplaced and my alignments are all off. The police don't say that they believe me but they say they can't arrest someone for admitting to crime and they can't arrest someone for defaming, abusing, and robbing me and from me. All of my belongings have been tampered, stolen, and vandalized. No investigator has helped me!

Me and other victims keep going untreated. People are using my story, Haley's story, and all the misrepresented media; as a plots against their own friends and family. People are at risk! People are scared and unprotected.

2

There are children and adults everywhere hit on the head, face, and genitals!

I am told that numerous people pay millions to rape me and that millions are paid to keep me alive and unassisted! I have been raped by <u>Carlos Esscalante</u>, <u>Christopher Lee Hanns</u>, and <u>Judy Sardisco</u>, they know who else is guilty!

I have had people claim that they hit me in the head. I have heard them say that they have kicked me and that they are going to kick me. I have had multiple people tell me loud and proud that they rape me, or that they get to rape you. I have a bad memory when it comes to trauma but, I have been hurt by endless people; **most people take their time to admit it all back to me, if I forgot the details.** I have been subjected to all hate crimes. I have been told by people that they have superiority over me and that they laugh at me. I have been told by people that they shit and piss on me and they are forced to shit and pee on me. This is the most degrading and distress emotions anyone could be subjected to! I hate the way I feel; the people that are guilty of assaulting me, should pay and suffer fort the rest of their lives…

I wake up often with different flavors in my mouth such as heavy bacteria, fungus, and foot odors. I have waked up with bumps on my head and with severe pain. I have

3

burped up tequila in my mouth on a day I have no recollection of intoxicating myself before. I have waked up to my belongings moved around. I have taped up my door and I woke up with the tape entirely gone. I have waked up with unfamiliar scents of vaginal fluid on my own vagina and on my arms. I have got to endless hospitals and they wouldn't give to me a rape kit! I have had cologne sprayed up my rectum and I have had my hair cut and my belongings stolen as I slept. The hospital staff kept humming Eminem's name and saying things like they threw away my samples and that they found seamen in my urine. Even the police department didn't do anything right they went to prosecute the guy that raped me and he said nothing.

I have waked up with my belongings smelling of heavy cigarette smoke even though they were in my closet and I did not smoke anywhere near them. I once had a lighter I began to remove the sticker off; I woke up with the sticker glue and remainder completely off. I also have waked up with things in my purse misplaced and things were taken out of pockets.

I have waked up with my spine, shoulders, neck, fingers, toes, and my anis; hurt. I have waked up with my hemorrhoid pushed into my butt hole. I have been told I came up missing for days and no one cared. People keep

4

telling they will testify against my mom but, I have no where to live while she receives the summons.

Beyonce' harasses that she puts her uuiy guiy in my mouth, after Chris goes down on her. Eminem is said to leave a strand of piss in my digestive system after pumping my stomach. With intentions to keep me low. This is all included in the high end rape they describe it as.

I do not have history of sleepwalking and I was not sexually active during any of these incidents. I also have locked my door and barricaded my door on some of the nights these incidents have happened.

Further more, forced to feel threw strong tremors threw my heart and then made fun of me. They make my heart pound out of control at random times. They break into my bedroom. They force themselves in. I have suffered pain beating like a metal rectangle repeatedly dropping against the back of my heart but awkwardly pressured toward the middle of my chest cavity. I also have pounding headaches that stop when I go outside. There is a substance on our towels and in the soap that is eating away at my hands. This all went on and Eminem called me and said he was making me feel that way.

**Foundation...**

As a preliminary I would like a settlement of a dollar amount comparable with all that needs to be paid along with access and purchasing equipment, organizations, doctors, scientists, and Federal instrumentality.

A panoptic assay and view of....

- Compositions bodily and products sold
- Prosecutions
- Water compositional toxicity tests
- Investigation
- Vascular system
- Alignments
- Cardio logical tests
- Neurological constitutions
- Bone and cartilage configurations
- Muscular system
- Forensics
- Chemical testing
- Food compositions
- Calorie tests
- Subpoenas
- Interviews
- Surveillance

- Research


I am a victim and I have been injured internally. I know people that have tampered with manufactures and the food in my home. My body is hurt beyond repair. I need the entire assay I can get!

I want access to Homeland security, Health codes, Freedoms, and Liberties. My rights have been striped… I have integrity. My life has leaded me; I have prepared an integrated panoptic complaint against the United States of America; this is to begin a saga of legal documentation that is essential to my future.

I will explain as follows…

To secure a panoptic complaint I need Federal Instrumentality, I have been discriminated against; assay will be a clear cut chance at incriminations. I deserve developed and experienced assistance; scientific, forensic, and investigative and so on.

→ → I however have a profusion of hearsay and memory.

I have been exposed, misused, and mislead. Rape is a commodity and I have been carted and sold for sex labor. Too many people have taken advantage of me I have been raped and physically abused: the experiences are traumatic; this is true; that is the foundation to laws. What other type of rationality is searched for?

7

I know to too many People, they all stalk me. Privacy is being invaded. I live associated to the most highly renowned federal offenders that proudly admit to committing signature crimes referenced to the most horrible recorded in history. They are all out about abusing me in very way; they hurt me in public and freely. Too many people know and are taking the blame for withholding evidence. There is plenty to be concerned about; America is taking the blame.

→ Extensive prosecution and investigation will lead to endless Perpetrators. Threw hearsay I have accumulated an abundance of evidence. I have assay on hold. I would like to be taken by the hand and shown to all progressive instrumentation, accessories and supplements to lock my complaint and support me in rehabilitating America and America's victims.

Furthermore, it is needed that I speak with America's Federal Law Enforcement Training Centers; there is a deficiency in proper education and referral; relating to Rape, stalkers, defamers, intrusion, invasion, and sexual harassment, theses are legal challenges I am yet to overcome. Police all over are not conducting themselves efficiently and appropriately. I plan to sue each police department that has deceived me. Society is at risk. I have had exclusive conversations with corrupt officers. Each department internationally has been besmirched by Beyonce

8

Knowles and Marshall Mathers! This needs emergency attention; Women, children and the vulnerable are all at risk. Law enforcement is at an all time low and Beyonce is paying someone to reroute 911 calls!

I have experienced and I have been defamed; Famosus libellus. I am exposed, well known, and all out popularly disgraced. I am invaded and seen in a false light. The public has a panoptic view of me, at all time. It has been significantly explained and described to me at various times. I am completely sure, qualified and accurate to say so. People have defamed me and there are without a doubt stalkers invading my privacy.

I am victimized, abandoned, and personally injured… My wounds are clearly stated.

   I am known threw schools, stardom, social gatherings, in town, family friends, business ventures, the arts, traveling, partying, dancing, shopping, and dating.

The rape scandal America lives with has done marvels;

→→  I am socially brutalized and embarrassed.

   Executives and law enforcers have voted against me. If this document is not substantial, I would like to have a handful of characters put to trail with a jury. The truth of my pain will be revealed.

I am sensibly speaking my foundation for such a law suit is apparent!  Carefully go over my explanation as follows… it

may take some time, be patient. It may take over three hours to completely read, appreciate, comprehend, and identify with my complaint.

I have contacted all American; help lines, organizations, police departments, federal agencies, organizations, and endless police officers in person and dispatchers.

I have emailed, sent post, and left messages with sheriff's offices, legal aid, bro-bono advocates, government agencies, investigators, secret services, police, talk shows, help lines, hot lines, news corporations, libraries, and hospitals. No one has responded to my concerns. All of my outlets are restricted! I am not sure who is supposed to assist me everyone I am discriminated against more than not.

*Beyonce Knowles has said that she and others are tampering and stealing my U.S. Post. This is clearly obvious, they are blocking all my messages via the internet and cellular, calls too. My mail has shown up at different addresses. A man at the US Post Office in Wood Dale took my mail and gave it to my mom behind my back.

Chris Hanns has had sex at the Post Office in our town and he has stolen my mail out of my open ended PO Box. These are felony crimes and my mail has been stolen and blocked for many years. All of my friends, fans, and acquaintances can't get to me.

I have been forcefully unproductive! I've been restricted and tampered with. It is so apparent: it is all I am exposed to. I can not go out with out being aware of what is happening. My privacy and solitude has been smeared across the map. People know all my stories. Strangers know my name, face, and previous hair cuts. Perpetrators and average beings have pressured Emotional depression. I would be out to have fun and live life but I can't be up to anything; not traveling or even walking up the street. These people are obsessed with me I am not able to make friends and hold relationships! I do not have the funds to find the proof necessary to incriminate exact people. I have been raped by the people that stalk me. People are told who raped me; they're told we have sex, they know me and all our stories: people are shown pictures of our interactions.

Why must you defame me? I am offended Charles P. Kocoras my complaint was my allocation with you; it was derived with judiciousness: I am boggled. People talk, screamingly discussing my rank and delusional feelings against me. Eminem/Marshall Mathers and too many more choose to keep me down and discriminated. They'd hold all resources and executes from me. I'm at a disadvantage in American, I do not have the funding to protect and amuse myself. There is an out Standish mark on people! Rape is living side by side

every home. Rape is known to change societies and communities. It has this is obvious! I do not have the instrumentals to proceed threw life the way I would desire and need to. I am threatened and injured nightly I have no way to protect myself. I am suing to receive honor, respect, funds, control, and say in The United States of American. I will lead to contact every Country we have been to.

- I base myself wholly to accrue adequate treaties...

People have attempted to kill me threw infestation and physical abuse. This is a learned act of violence that media affiliates explain. People defame and attempted to murder me. I have been forced to infest my sinuses, I have been forced to consume defecation, and I have been forced to consume skin, blood, and poison. The list goes on; I am humiliated... I have also been repeatedly hit and kicked in the head I have injuries to prove it!

I would like all of the telephone calls and history of messages and calls from all of my cellular numbers I have ever had. There is often a third party and I am directed to false voicemails. My line is tamped and my messages are restricted.

I need the footage of all the places I have been; I have been sexually harassed, assaulted, and stalked on camera; in Jewel food stores, Menards, in the Mall, and at other

12

vendors and restaurants. I am told the video recorded will be still available. Marshall Mathers told me that he ruined many tapes and that he wishes me luck if I could find any. I need the video from before I got there, as I was there, and after I left. Many places were visited by Chrostopher Lee Hanns and others before I arrive. Other places are called while I am shopping by; Carlos Escalante, and Eminem. I am victim to all of these men. They know me personally and they wont allow be to date or socialize with anyone.

I need random footage of Television programming live and prerecorded reality TV and there names and contact information also those of the most influential peoples and executives in media and the Society. Eventually all of these people need to be prosecuted and held liable for the illegal actions induced by the media and celebrities. I was talked about on live TV many people used my full name and Beyone Knowles gave away my full name, social security number, and my address. They invade my privacy!

America has discriminated against me and I have been perceptibly defamed. My so called boy friends are getting naked to distort and win over these people. They tell me themselves. They too are victim to rape and infestation, they're sick and they can't stop. People take advantage of them. They care about me but they are naturally destructive

13

and out of control! They're cold and they can't stop themselves. The stories are all over town.

They go around yelling my name; people tell each other that they get to rape me. They chant and sing about rape, me, and gay tendencies. I know this for a fact! I am social; I know society, and I know what has happened to me and others I know.

→ I base all of my complaints on reality. I am rushed and injured! This case has to pull threw.

→ This is enough foundations to blame the U.S.A.

I am injured and in need of compensation!

   → I am also suing for funding to help civilization and victims, internationally!

The USA is an unlawful perpetrator.

No one at all, has aided me even a little; America is lacking sufficiency. I have been under treated, mistreated, and discharged with out proper treatment!  I am repeatedly redirected inadequately. I am swag led, and not able to find the proper support and answers to my concerns. Hospitals are being corrupted one by one. I have been physically abused in front of hospital faculty and no one did anything lawfully.

Friends have bashed me in the head; I lost consciousness in front of hospital employees. I have also been woken up by a female nurse needling me. She sexually assaulted me right

14

after. There are hospitals that are illegally hospitable to pedophiles.

The legal system above all is distracting and unclear. I am not able to understand all of the rules, statues, limitations, liberties, and laws. They are out dated and I would like recognition for pointing this out. I would also like the right to join in altering and refreshing the laws we have obeyed. This I hope to be a business venture with substantial governmental official, sociological and executive positions. Am I getting ahead of myself?

I am displeased and educationally affronted by the U.S. Court House's doctrine that is given to pro se applicants. It clearly discriminates against bilingual people and the lower-class and naive. Even an educated mind is stressed when going threw the literature. The transitioning and explanation of rules is awkward. Even the packet of legal help was outdated & unhelpful. I was discriminated against by the legal help they suggested.

This is an important and crucial attempt to receive justice; I have been jeopardized and physically injured by the culture, society, star hood, and Aid; America has to offer.

The places I have mentioned and I will continue to mention; have all broken federal laws. They are against health code violations and the American communities are at

legal fault for incestuous behavior, indecent exposure, rape antics, and malnutrition. They are also guilty of infestation and defamation. People are attempting murder. American businesses are completely against health codes. This is scary.

America has crashed plummeting to an overwhelming admittance of unlawful behavior, not to be taken lightly. I am aware, you must be too! Investigating is necessary.

Who ever enforces the federal health codes in America needs to act immediately. This bacterium, fungi, pest, and dirt, infestation and muck needs to stop. Who is in charge of such allegations? Is there a federal agency that investigates for health purposes?

I demand to be funded as much as possible; as a representative of all people, national and international. I will open facilities and house doctors and therapy, along with separate rooms and food for large quantities of people. I plan to open and buy farms to support substantial amounts of food for the USA and in International locations. I expect to have communications with embassies and ambassadors: legitimate foreign associates.

Can I be included as a branch of some kind, all involved as a governmental faction? I would funds and Americans to support with a peace treaty; joining every country as a progression; cleaning environments and supporting nutrients

16

to all humans; enforcing health codes and strong and healthy production; all of which have been limited and tampered with by American rap stars and associates. Am I ahead of myself? I feel as though this would be beneficial for the future of American health and foreign associations. I am knowledgeable to their crimes and threats. Society needs help… There are criminals running wild. I know them and their antics! They need to restricted and controlled. Many of them are insane and in need. They all wait to be arrested. They F**ck me! I'm serious. I am stalked and harassed by all of them. I have been raped, robbed, killed, and cut. "They need to be done and I need to be in…" This is justifiable!

They are guilty of invasion of privacy under False Light. Media, Society and Stars: The USA, as a defendant has placed Daniela Sardisco the plaintiff before the public in a highly offensive and untrue manner they are displaying this signal illegally to intentionally lure all people into danger!  I am personally and physically injured!

Americans are experiencing insane delusions; they act out irrational and absurd. They persistently believing that Marshall Mathers and Beyonce Knowles are having fun with them and that they will help and protect them. They are in an imaginary state of facts, thinking that rape and rapists will bring them together and keep them happy. People think

17

they will keep all things equalized. People and celebrities are acting out mentally deranged, talking about supernatural beings and inaccurate information. Many of them have explained to me how they suffer threw delusions concerning how they hurt other people and animals. These people shouldn't be credible for the wellbeing of other people.

My mother is a strict example of this type of American façade. She insistently thinks that it is ok to live infested with bacteria. She has barely has ever cleaned her false teeth she soaks them out it water only. She puts dirty rags on my face as I sleep, since I was an infant. She keeps rags and towels with dirt and muck sitting all over the house and on the faucet, by the clean dishes. She under cleans dishes and intentionally puts toxins on silverware, dishes, and even in the food. She rapes my cat by putting her vagina in my mom's mouth. She makes my great aunt go done on her and she has hit me on the head and attempted to murder me as she raped me since I was a baby. She burns my socks!!! This woman is insane and I am sure she commits her crimes knowingly.

All that she has done to me has been blurted out by the media! People are being influenced and instigated with malevolence, incest, rape, and sexual assault. The public knows and this is groundwork to my complaint. The

environment I grew up in and the environments I have discovered are all endanger and infested with bacteria and ill behaviors. People have been exposing me to injury and victimization of defamation and defecation. This has gone on for too many years! I am emotionally distraught and jeopardized. I am in merit of compensation The American people are guilty state by sate.

I aim to receive a settlement to aid me to fund higher end programming for the people; to influence them and to protect myself. I suggest the government gets involved. I will serve as an allotment of our future with the earth in mind.

I have been dating "as it would be said" <u>Marshall Mathers</u> and too many others, since I was under aged. He and they are highly illegal and I am hurt; it won't stop until they are permanently held captive. <u>Marshall</u> dates my ex boyfriends and my acquaintances behind my back. People gossip and I know clearly what has happened threw hearsay. There are people/ my stalkers having sex with people and screaming my name as they fondle each other. How is this against the law?

They all owe me so much. They have taken my life from me. They aim at all that I do and all that I am around! This problem has escalated enormously. They are obsessed,

stalking, and raping. This must end now. They told the world I am certain and convinced.

This is a substantial part of my rationality to such a panoptic suit against the U.S.A.   I have been affronted Judge Charles P. Kocoras. I have many strong points to my complaints and I have argued and shown merit lucratively. My foundation is sturdy with the endless relationships and information gathered from Assailants, Stars, Gangsters, Congressmen, incestuous families, ill ran facilities and corrupted Police officers.

I am educated and Allegations are Factual; I am truthful to the best of my knowledge, I am rational in comparison to what I know, and what has been said. I am as cool to accurate as I am allowed. I speak as correct as I have been taught. I am being realistic. I am being sensible, but I truly feel as though my emotions are limited and I am not fully suffering for all that I have to be sad about. I am honest my examples are based on fact.   I am suing to concede all my allegations as factual.

I pray for Insimul Computassent as soon as physically possible. I am based on fact. This is all pragmatic; I can do nothing more then be practical, if anything I am understating my claims.   I   find   fault   levelheaded, realistically and in a manner down-to-earth. I aim to

please all. I aim to protect myself and the people I care about.

No matter where I have traveled and who I have talked to; no one has enforced the laws correctly. I have met and dealt with endless families and neighbors that are incestuous. I have also been to endless grocery stores, hospitals, fast food joints, offices, buildings, elevators, bathrooms, bars, clubs, faculties, conveniences, amenities, and restaurants that are infested, dirty, unclean, and swamping with grime, bodily expulsions and chemicals. This is clearly illegal! This infestation need to be ended immediately. Our minds and air passages are being jeopardized everywhere there is dust and grim in the air and close to our bodies. I wait to be funded to heal, help, and clean internationally!

Many American employees do not bath regularly. The ventilation and air is the lowest quality imaginable, all over America. Every State has areas that need to be cleaned and properly ventilated. Cigarettes have already infested ventilation systems, heating, and air conditioning. Our ceilings, walls and even In between the walls is horrific and noticeably infested and above all dusty and dirty. Bacterium doesn't stay put, it is forcing and spreading itself threw places adjacent to where the bacterium originates.

People carry infestation with them to other peoples' homes and to other peoples' bodies. People are raping and having consensual sex with excess amounts of infestation and fungi on their genitals, in their rectums, in vaginal openings, under their nails, in-between their toes, and on their skin! Even human mouths are sickly infested; people go years with out cleaning. This should be illegalized! There needs to be hygiene laws! This infestation can be carried after one single interaction and it is sometimes hard to eliminate it out of your system. This has happened to me multiple times by Americans. I have sexually contracted a fungus from Carlos Escalante, he is still infected and he is reeking unbelievably. He needs to be medicated and he refuses to help himself. It took me weeks to kill the bacterium that was on my body from his genitalia. Another time I contracted a fungus internally, orally. This disrupted my system and digestive track for over a month. I wasn't able to eliminate it until I was in a foreign country and I drank their milk for over a week straight. I am sure the different enzymes helped me clear my system.

On over whelming amount of people are having issues with their ph levels. Even skin between fat rolls and behind ears and on open skin is being infected with odorous bacterium. This bacterium smells vividly and it often smells the same on families and people that might hold the

22

same unsanitary behaviors. I have done field research!  I
know society, media, peoples, and environment. Hygiene
needs to be a law. One person can risk another just be
communications at personal distances.

I have been to tattoo shops, court houses, police
departments, train stations, parks, households, movie
theaters, air ports, restaurants, libraries, child care,
schools and nurseries that reek; they are infested with
overwhelming visible bacteria and grim.

The stenches that carry threw out these places are imbedded
into their carpets and smeared on their walls.
Investigations need to become a likeness; I would like to
lead as an element of a future government with amended
rules and regulations for an upbeat reference for 2008+
Hygiene and infestation needs to be controlled by the
government.

These people, their carpets, toiletries, work sites,
bathrooms, blankets, towels, counter tops, fridges, washing
machines, dryers, floors, gravel, toys, swing sets,
mattresses, pillows, buttons, handles, clothing, dried/fake
flowers, hand me downs, child seats, cars, vents, dishes,
and furniture; chairs and decorations are all practically
permanently dirty and infested. Belongings and valuables
smell and our stained, with bodily fluids, vaginal odors,
urine, feces, vomit, fungus, rotting substances, bacterial

infestation, greases, formula, blood, milk, medication, burns, drugs, and food. Some bacteria are not easily detected or even visible or traceable by the human eye and average house mom, maid, or cleaning service. This is not an over exaggeration. These items are never being sufficiently cleaned and disinfected. I am injured every time I enter peoples' homes and American businesses. This filth is in desperate need of being controlled governmentally. I would like control as part of my settlement. I will go home to home and into every business. I make a difference people are not to be subjected to this overwhelming bacterium! I am suing, I have been injured and so our people. Americans are infested and horribly dirty. They infest others and something has to be done ASAP.

America is known for being lazy; it would only be practical to know that manufactures, hospitals, restaurants, and homes are not being legitimately cleaned; with health codes in mind. Food, infants, children, students, and patients are being exposed to excess amounts of chemical cleaners: I am also being exposed against my will. Even using cleaning chemicals is hazardous! America is selling freely, chemicals and toxins that have killed my friends and injured me mentally forever! Something has to be done!

A toxic and over powering amount of sanitation products along with burnt chemicals and materials are not to be

inhaled or applied to skin. This is happening in more places then not. Justice needs to be served. Crooked foreigners, the ignorant, abusive, and old set minds are burning chemicals and infesting food to keep children and others mentally blocked and behind. I know I am victim to such crimes. My mother has been burning items as I sleep for years now. She also has been putting toxins in my food year after year. I need to make a difference for my self and for other victims!

I know Goods, industries, factories, stores, bathrooms, restaurants, kitchens, entry ways, thresholds, vents, assembly lines, parks, offices, air, ventilation systems, windows, walls, ceilings, plants, and floors that have been tampered with and infested negligently and knowingly by assaulters. America is going to be found guilty of malicious behavior. They need to be found guilty of malice. They have forced infestation, maltreatment, and abuse of out liberties and right to nutrition. These people are guilty of defamation!

I am personally injured I have known this to be true for too many years; it is even past the statues of limitations; for what I began to endure happened years ago. Others need to be targeted. Schools, Hospitals and locations I have been threw are guilty of harassment, defamation, and sexual abuse associated with knowledge of rapists that brutalized

me.   As part of my settlement I need mailing addresses to subpoena and summons people for future legal issues I will pursue.  I was harassed and stalked as I walked threw unsystematic American businesses.  The guilty parties will admit it all.

I am suing panoptical; I aim to be compensated and funded to revisit and correct the mistakes that the America society has made.

The George W. Bush has a budget that is around 400 billion dollars for military expenses. This is to blow up and destroy land, civilization, and cultivation here and over seas.   I would rather peruse peace and euphoria.   We need to go in and clear the smoke. As part of my potential actions after I collect a settlement; I will work and pay towards collecting and clearing all the broken fragments and filth. As I believe in myself and what I would like to do, is there a possibility I could be facilitated as a probable division of a new administration in American and across the board?   My complaint is not to be taken frivolously I aim to secure myself and the future. I am personally injured and I wait to be compensated.

I am suing the United States of America for a preliminary an initial four hundred & fifty billion dollars along with support and their cooperation towards a sanitized and cleared environment for tomorrow. It is mandatory and I

demand that The American government aid The United States and our international alliances with means of clearing excesses materials, bacterium, and infestation that is swarming in the air above. We need to clean American Health Codes are being violated The U.S.A. is liable. I will lead… This is a beginning; people are lacking in knowledge and persistence. There are endless locations that need to be cleaned! I insist you facilitate me with the supplies to investigate and serve up cleanliness accordingly. Americans are dragging and they are corrupted and infesting merely for enjoyment and to jeopardize the next person. They will admit to their disruptive behavior. At the least they will be caught and they will admit parsimoniously. Their confessions are prudently given, day after day.

I am sick of being redirected and mistreated by the organizations America supplies and control us with. The people and I have been abused and attempted to have been murdered: we are slowly taken to our doom; by, industrialized products, fast food organizations, and assaulters that instigate Intoxicating, poisoning, overdosing, rotting, tampering, and malnourishments. This is cool & in with Americans, people are caught in trends and rape. The tampering must come to an end. I and the people are injured.

I need compensation, funds, and the right to investigate and alter the ways of our American industries. I would like full view of all public places. I would like this power and control as part of my settlement.

It is and should be a federal offense to poison and expose people to hazardous amounts of toxic chemicals, fugal and bacterial infestation. This is happening at numerous places along with my mother's house and the homes of endless people I know. I have bakeries and cafes in my work history and in my close family. They have tampered with the food they give out and sell to the public. I have witness crimes first hand, I am told. Americans are out of hand and it is widely acknowledged!

The government is guilty of not acting appropriately and they are not enforcing the law; in the media, out in society, and in peoples homes and backyards. Americas are guilty of federal crimes all over the world. I sue to have funds to adjust these problems. People are openly incestuous and rape like. There are too many women and children being raped every hour. America doesn't supply suffocate help, recovery, and justice for rape victims. Police departments don't know what to do and there are so many rapists that are released and never stopped. Raping is addictive and illegal. Once a rapist has someone he doesn't stop and he won't slow down. I know too many victims!

Rape is illegal and it is awkwardly popular among all people. This is horrendous; the laws need to be enforced and there needs to be a certain 911 type of line for specifically rape. There also needs to be extensive educational procedures for the officers that will specialize with investigating and capturing threw rape.

Rape is a huge problem associated with attempted murder. People are slowly killing each other threw air warfare. People have put urine and burned chemicals in my vents and in my heater in my Illinois home. They won't stop and the police won't arrest!

I am hurt I am not able to find and breathe pure high grade oxygen. Most places if not all the places I go smell of infestations and body odor some mixed with cigarettes, menthol and colognes. I am not comfortable at home or in public places.

Judy Sardisco and Mike Peterillo along with so called friends, acquaintances, neighbors, and assailants have exposed me and others to over three packs of cigarettes a day. This happens next to the bed rooms we sleep in, in our home, in cars and enclosed areas. They blow the air of all smoked substances in my room as I sleep, clearly against my will and it is against the law. I am not the only victim to such crimes.

The American cigarette industries have taken years out of lives; they have infested our homes, kitchens, manufactures, dance halls, restaurants, bars, bedrooms, and apartment complexes.

→ The residue attracts more bacteria and it is never ever sufficiently cleaned.

Children, victims, and I have been forced to inhale excess secondhand smoke from Americans that learned forced infective behavior. People all over know and have been told threw the media; that if you don't care about yourself; smoke to kill the people around you. Smoke takes years of lives and I have been forced to inhale since I began growing internally in Judy Sardisco my birth mother who is a rapist and keen to all crimes. She is a stalker of mine. She has forced infestation and attempted to murder me! The mental abuse has been an excruciating fight that is not over. She has raped me and invited others; even elderly people, to join her in raping me. They have humped my head. I assure you we will fill detention centers. It is only a matter of time. I feel grateful, and so detrimentally upset, I cry as I state this, these people feel bad for me, they hurt me and they feel sorry for me. All of them have personally admitted this to my face at one point or another, the crimes they have committed against me!

I wait to serve everyone with a sentence for their crimes.
Justice will be served.

I am suing The United States of America and George W. Bush;
The American Society, American organizations, departments,
hospitals, stores, manufactures, and The American Media
have been and are guilty of defamation.   People are going
threw denouncement, defecation, rape, infestation, ill
temperament, attempted murder, and incest.

America has commercialized rape. They have broken
federal laws and I know.   I am a victim and I am America's
victim. I am confidently and forcefully coming at you to
reach for justice, trial, advancements, and the truth; If
not compensation to aid all victims along with myself.   I
am a witness to too many crimes to sit out. I will be paid
and I will support the public with a cleanlier and more
sufficient tomorrow.

→ Pay compensation for me and the people.

I need the president and the Counsel of National Security
to be aware and act accordingly. At the very least they
should be found guilty; they have associated themselves
with criminals and illegality. They are negligent and in
all hopes they are liable and able to fix what has
generalized the characters and actions of the American
People.

I hope that together we enforce justice, health codes, and civil rights. I have done my best to construe this legal document as a beginning of a series of legal complaints that I aim in assumpsit's to question a settlement with compensation sufficient to aid myself and the people all victim to federal and militant crime. Even our military has endangered the health of our men and the people. They are permanently infesting their sinuses and airways. They are made sick and desensitized and returned to their families and children.

Sociologically people that are victim to rape and crime are slowed and they begin to malnourish and infest themselves by not cleaning and bathing properly and enough. The mental health care America supplies are twisted and unsafely. They are guilty of malpractice and ill & over prescribing. I am victim to their crimes I have had bad experiences with American health care facilities. I implore to recreate these facilities sufficiently making them safer, more comfy, and clean.

I would like to observe in these places that are already operating along with supervising other places that are aiding and convenience around the world; as a portion to my compensation for all I have suffered and for all that has emotionally stunted me.

This is a strong foundational point to why I am suing America. I am representing the people; and myself as I am Daniela Maria Sardisco. I am nationally acknowledged. I have been exposed under false light and the public does have an illegal panoptic view of me. I have been told details that clearly affirm, I am in someone's vision. I am clear headed and just. I am suing for I have civil rights and I deserve privacy and justice. My personal information, my appearance, and I are exposed under false light or even for exaggerated purposes in public and on international television. I have been around the world with numerous celebrities. Stardom doesn't mean much to me. They have broken rules and they act out maliciously! I am their victim. This is true and practical actuality. My full name is screamed on the radio and on TV by the Assailants that are most obsessed with me. Their crimes are obvious! I am dating and being abused threw fame; I am yet to be compensated for all my strife. → The American media and society will admit to their criminality, illegality, and illiberality!

This is why I am confident and rationally speaking in comparison to all that has happened. I am in complaint with America. Americans are guilty of unjustified exploitation of my personality and intrusion into my personal activities, actionable under tort law and

sometimes constitutional law. I have the Right of Privacy and publicity: torts 8.5c. They are guilty of Invasion of privacy by appropriation; they have used my name as a likeness for use of commercial gain and personal benefit. I am protected by law; my property and I have the right to the economic benefits flowing from the commercial use of my face and name they have put me in the public for defamatory and fictional use in public. A reasonable person would object to this. They have invaded my privacy by public intrusion; they state offensive remarks and they intentionally interfere with my seclusion and private affairs. Their harassment is loud and clear no matter where I am. My Privacy has been invaded by public disclosure of private facts.   There has been a revelation of my private information this has happened in an offensive manner. Even if the information is true and non-defamatory, a cause of action must arise…

The United States District Court Northern District of Illinois Eastern Division has jurisdiction on my case because the amount in controversy is more that $75,000.00 and the defendant is in a different state then I, the plaintiff am in. I am asking for one trillion dollars with other conditions I have attached.   This is based with rationality that I am willing to control and supply the

American and International people with a means of cleaning and aiding with nurturance and protection.

The media is guilty of swag leading the people and I under a false light while invading my privacy and committing malicious acts, associating themselves with full blown rape, murder, invasion, and abuse. They are unlawfully acting out and I am their victim.

I pray that you stay open minded and hospitable of my complaint; for my challengers and assailants are suspect to a strong ill set influence along with gerrymandering. They will sway a jury and move a judge.

There are people I know and that I have met that are rotationally guilty of endless crimes such as Personal Crime; rape, robbery, and pick pocketing. Predatory Crime such as rape, carjacking, and robbery and Signature crimes; made with similar patterns and schemes that identify particular defendants as the perpetrators and mimics of others' criminality. They are notorious for abuse against children and rape victims: even the public.   It will be found that the same traces of infestation, deterioration, and misplacement will be unanimous in the bodies of many civilians and victims nationally and internationally. America is committing crimes against the law of nations, against Peace, against Property, and most of all; against me, <u>Daniela Maria Sardisco</u>.   Compensation paid to me will

aid all people. Legally produced acknowledgments of my rights, liberties, ideas, and engagements are expected and anticipated by endless amounts of people all over.

America's celebrities are perceptibly Criminogenic. They force themselves to act out criminally and they do not control themselves let alone care for other people's wellbeing. America constantly puts people and I threw physical and mental maltreatment resulting in injury. This is obvious by American fame; their actions and what trends are in popular.

I am filled with a substantial amount of hearsay to convict this entire nation. The most renowned American criminals are ascendant and unruly. They must be illuminated! I am forced and I have no choice threw Coercion. I am suing for justice & peace of mind.

I would like secured Collateral for the public and myself. I go threw Aggravated Assault daily. And the harassers I interact with more often than not need to be stopped and held captive. The Sardisco family, the D'Amato family, the Hanns family, Carlos Escalante, Marshall Mathers, the Knowles family and so many more gangsters need to incarcerated and charged with felony offences punishable by death. I know these people, I am a witness & victim to their crimes; threw hearsay they are all guilty.

I am America's assaultee and I am confronting the defendants with an attempt at justice. People are guilty of an array of illegitimate actions and intentions to instigate and break rules; eliminating and restricting laws. I am a working force in opposition to their crimes. I am aimed to stop them and their illegal actions.

I would also like to work towards scientists that will find ways I can pay; to internally, externally, and publicly clean people, places, and things; on the way to a cleanly and guarded tomorrow. I want to supervise the public and public services. I would like my organizations to hold governmental respect as an executive branch aimed at the needs of the people, public, and places, to clean and disinfect. No matter what republic we are in.

Our industries are serving up meat products that are forever stuck in the digestive tracks of children, animals, and adults. All the environments and facilities I have been to and know about; have been tampered with and with age they have gathered detrimental amounts of dust, Mildew, fungi, and toxins! In all public places and dinning areas. As we breathe in America we are tampered with and chronically damaged.

I would like this settlement to go towards breaking down all of the broken material, the chaos that is left in New York along with all of the countries our troops are in. I

aim to diminish all the grim and pollution as panoptical and communally as possible.

People should be forced to work towards a cleaner tomorrow they are guilty of harming the earth and they need to be prosecuted and incarcerated to be observed at work doing deeds for the sanitation of our environments.

I am suing to support my; Artifice, protection, recuperation, rehabilitation, and the law. Adjoined to these criminals I am guilty of Preliminary crime. I have incoherently abused people, places, and things; under their supervision and forced intoxication. American hoodlums and renowned rapist/ stalker assaulters have hurt me.

As my compensation along with a dollar amount; I would like arbitrary power to decide on disputes American and international countries will arise.   I believe I am educated, even minded, and authorized to act as an Arbiter. This will feed the needs of me and the people.

Sincerely,  3-7-08