

FILED

APR - 4 2008
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Daniela Maria Sardisco

FIRM: Pro Se

STREET ADDRESS: Po Box 87 WoodDale IL 60191

CITY/STATE/ZIP: PO Box 87 WoodDale IL 60191

PHONE NUMBER: (630) 523-3037

ARDC NO. (If Member of Illinois State Bar): _____

☐ I am a member of the General Bar for the Northern District of Illinois.

☒ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: Daniela Sardisco

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07CV 06114 | V. Security Council et al | C.P. Kocoras |
| 07CV 06117 | V. Lieberthal | W.R. Anderson |
| 07CV 06240 | V. Maris | |
| 07CV 06242 | V. V. Dominguez | |
| 07CV 06243 | V. Adam + Eve | |

Pro Se  /s/ Daniela Sardisco            4-4-08
        Attorney's Signature              Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**

07cv 06245   V. Bush et al...

07cv 06387   V. Preparation H.
v.

07cv 06347   World Health et al...