

**FILED**

APR 1 0 2008 T.C

Apr 10 2008

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

Plaintiff: The Universal People & Land, Internationally;

Daniela Maria Sardisco

Vs.                          Case: 07 C 6114

Defendants: The National Security Council

U.S.A. . . .                                    et al...

### Amend / Appeal … additional facts and notary.

*Descriptions essential to each case pending and on review…*

The court and I have the right to prosecute under the following terms and conditions… The defendants, witnesses, and I have encountered endless corrupt and mischievous executives, law enforcement officials, doctors, coworkers, staffs, and affiliates. They all are guilty of occupational crime and health code violations. The defendants have instigated and educed populations with rape, broad abuse, and malice. They defendants are careless, ignorant, naive, and maliciously infesting and infecting under mischievous and drug induced emotional stances that reflect only defamatory characters that are a regression of childhood malice, depression, and torture. They are raping in large groups, at

1

concerts, and over live television! Any subpoenaed witness will
due.

The public has committed crimes such as indecent exposure,
defamation, and rape. They are putting their expulsions over
everything. I have friends, assailants, and acquaintances that are
committing these crimes in front of me. I have first hand evidence,
unlimited hearsay and witnesses all over! The states attorney has
not responded to any of my complaints in the last twelve years. The
abuse I endure is excruciating and I am only limited. I have no
home nor safe haven. I am emotionally distressed and the mental
anguish is severe; the defendants' actions are outrageous and
endangering. They accelerate death and suffering everywhere they
have control and say. Many of the defendants are entertainment
affiliate. They have channels to expose their victims of rape and
physical abuse.

The People are plaintiffs & witnesses: guilty and withholding
evidence… Each of them has been forced; if not, they have
voluntarily committed one or more violent crimes.

Illinois Personal Injury Intentional Torts SS 100:1-111:50.
110:19 Violent Crimes. Tort Liability for intentional infliction of
emotional distress may be imposed on a murderer or a rapist. There
is authority that under Illinois Law it is intentional infliction
of emotional distress to attempt to kill another.

A counter claim failing to provide adequate medical treatment
for injuries received. I am severely injured and all the hospitals

2

I have visited threw are in misconduct and they have failed to provide adequate health care. They are violated health code and doing so maliciously! *I can prove facts sufficient to demonstrate that the defendant's and or plaintiff's conduct was outrageous. Many of who snub the fact that they owe me and or need to pay back dept. [110:25 Refusal to pay debt… Failure to reimburse another for goods paid and money loaned; if maliciously and unjustifiably choosing not to pay.]

I have been robbed and tampered with by the defendants and witnesses whom are also guilty by association and misconduct. They involved themselves willingly and my default to the truth about their original actions and or mistakes made in life. They violate health codes and tamper with food and nutrition. They are accelerating death and raping steady! The Entertainment industry and The Universal Media are all in malice. They persuade and sway the people, courts, judges, jurors, neighbors of mine, and themselves illicitly. This must come to an end their intentions are clearly rape and murder!

The defendants' defamatory characters' functions are menacingly. They are committing felony offences freely and without regret or awareness to the effect which is sever and outrageously imperial! Menacingly: meaning something that threatens to cause evil, harm, injury, etc.; a threat: Air pollution is a menace to health.  A person whose actions, attitudes, or ideas are considered dangerous or harmful: When he gets behind the wheel of a car, he's

3

a real menace. They are polluting The Air and The Land! They fill the air everywhere and near me with toxins, drugs, gasses, and defecations. Even those that harass and stalk me are guilty they pose as extremely annoying.

All they do is utter or direct threats against others and who they are sexually active with; endangering the families, friends, and affiliates of their victims. They threaten to severely injure and pose a probable threat for life: as, it is doable. The public is signaled in.

Imperil (endanger, expose…) Threats and attempts of murder are felonious crimes… They are committing signature crimes that are done publicly and with endless witnessed. Trial is waited upon by all my acquaintances, families, and spectators.

They will be found guilty & they will plead guilty.

Ref: Practice Commentaries by Jerome Mirza

Before any further proceedings against the defendant may begin, a preliminary hearing must be held if the case is a felony 725 ILCS 5/111-2(a). The defendants are felonious!!!

After a preliminary hearing or a waiver thereof, all offences arising from the transaction or conduct of a defendant may be filed against him or her. Even id certain charges were not brought by complaint or information before the preliminary, new charges may still be added.

4

For example if a defendant is originally charged with burglary, the state may add the charge of theft or criminal damage to property to the information after the preliminary hearing.

"There is no right to be charged by an indictment in a state court. The defendant has the right to a prompt determination of probable cause which may be satisfied at a preliminary hearing or by a Grand Jury."
*People v. Hunt, 26 Ill.App.3d 776, 326 N.E.2d 164 (1975)

The Appellate Court and District courts have to decide on my review precise but, liberally due to my restrictions: I am filing pro se and I have the right to do so. What I am capable of construing is going to be different that that construed by a legal affiliate. Jurisdiction on the reviewing court is due to the following causes; Bkrtcy.N.D.Ill. 1994
*Allegations in Pro Se pleadings are to be construed liberally, applying substantially less stringent standards is applied to pleadings drafted by professional counsel, as trial court must ensure that claims of pro se litigants are given fair and meaningful consideration.

Re VIII South Michagan Associates, 175 B.R.976
*Pro Se litigants need not use buzz words to obtain relief, as long as nature of claim is apparent. D.C. ILL. 1984
*Pro Se litigants should be held to a standard of pleadings and argument less stringent that that applied to expertly trained members of the legal profession.

5

Indiana National Bank V Gamble, 612 F. Supp. 1272 N.D. Ill 1994

Jones V World's Finest Chocolate Inc. 869 F. Supp. 563

*If the Plaintiff proceeds as Pro Se Complaint should be construed liberally…. N.D. Ill 1994

**- Federal Courts have duty to interpret liberally complaints filed by Pro Se litigants.**  Hudson v Chicago Police Department 860 F. Supp. 521 N.D. Ill 1990 Cerda V O'Leary, 746 F. Supp. 820

*Complaint of Pro Se Plaintiff is to be liberally construed. Garris V Schwartz The defendant intentionally gave erroneous advice intentionally arousing mental distress. George W. Bush has continuously advised me to file suit and proceed with legal proceedings but, the court are having difficulties realizing the allegations are criminal; I have facts that incriminate and describe the actions of the defendants. There are also endless witnesses and parties pleading guilty.

They are guilty by Intentional Infliction, I, Daniela M. Sardisco one of the Plaintiffs must allege that the defendants conduct was extreme and outrageous. I have done so and with extensive description I worked endless hours to achieve. Do not undermine me; I have surpassed substantial literature and I have filed a true and founded report.

My complaints pending and dismissed in each court are significant! They withhold numerous counts of felony offenses described thoroughly about each particular defendant and them all

6

as a whole committing a offense that is true to each defendant no matter where their residence.

They are internationally swayed and controlled by mere media and abusive cycles which supply natural and drug induced toxins.. They are addicted to hitting one another and the secret of American life is out: you have to be mean, to be cool. No matter where your roots lay the people are all guilty of malice and tampering. The U.S.A. has aggravated all ancestors and living beings with malicious and rape antics. This is no secret; history annalists will describe that our Media, Traveling and Governmental influences have vandalized each home, air paths, The Land, Music, and Industry. Eminem/Marshall Mathers is associated with all that are to blame from crime in space and on Earth.

The minds of all people have been sabotaged and the defendants and The People are aware and witness. Computers are hacked all over the world. The people will tell. The Internet is sabotaged and restricted by the defendants. They are using computers, hackers, and machinery to sabotage, vandalize, and burglarize all computer ran and programmed banking, stocks, bonds, bibliographies, music, internet sales, movie & Book rentals, ratings, Television, XM Radio, and so much more.

All of these instruments are used to commit a series of crimes against a similar focus, which is raping the People, Land, organism, animal, and Daniela Sardisco in their <u>infested mouths</u>.

*I plead to the Court hear me threw an assortment of Witnesses before judgment is taken against me.*

**The defendant knew a high probability that their conduct would cause severe emotional distress!** Intentional Torts 110:59 Sexual Advances under Illinois Law Intentional inflictions emotional distress… Gilardi V Schroeder Knierim V Izzo (1961) 22Ill 2nd 73 174 NE 2d 157

*The hurt which is the cost of living in a complex society and the severe mental disturbances inflicted by intentional actions wholly lacking in social utility.

Society is to blame universally. I am suing for a relief and a remedy. I demand that the felonies and tampering be put to an end. I would like a visual of every public angle. The people need to be supervised for their protections. There are too many crimes committed against vulnerable victims. They achieve with Emotional distress, done with reckless regard! It is illustrated by Garris v Schwartz (1977, CA 7 Ill) 551 F2d 156 (applying Illinois Law) The Defendants do not care about the effect of their actions and the well being of their victims, friends, acquaintances, or their own children. The defendants are going insane with malice as a monopoly on life. Media Management Corp. V Anneke (1986 ND Ill) NO.

The defendants with intent and knowledge that their conduct inflicts intentional torturous pain did so against the plaintiffs: Daniela Maria Sardisco and the International People, Land, and Animals committed crimes sever and outrageous malicious and while

8

under illegal drugs and overdosing toxin levels and infesting with bacteria. Governments and Media affiliates are to blame; they all serve as defendants and witnesses in a civil matter for a preliminary hearing. They will be found guilty by plea and incriminating testimony.

Sever amounts of stress and sever emotional distress were inflicted on The People, The Land, and Daniela Sardisco universally; depreciatingly, and endangering all life!

My ration is to service the earth and the people, I will reveal everyone's' faults, offences, and convictions, because they are criminal, wrong, dirty, infected, incestuous, and malicious. There are witnesses and there is definite proof of their offenses. I demand a relief I lack protection and funds. I have been cheated and burglarized time after time for more that ten years. They will be found guilty of felony offenses. They are guilty of crimes against Land, Air, People, and I, Daniela Marie Sardisco. There sentencing will have to accumulated. They are acting with out a conscience.

They live addicted to aggravated battery: raping everyone in society; animals and land. Anything living has been raped and abused by Marshall Bruce Mathers III! He and Beyonce Knowles have included the universal people to witness and join in rape! WORLD WIDE RAPE! There are witnesses and parties pleading guilty. I do not fear the outcome of this law suite. I have been referenced as

9

frivolous and babbling. I assure you I have proven threw the listed laws and rules that I have ration and I have done my research.

In order to charge with multiple offenses in the same charging document, the offenses must be based on the same act or on two or more acts that are part of the same transaction [725 ILCS 5/111-4(a); People v. Key, People v. Guppy, People v. Duszkewycz] or common Scheme. People v. Bean… example a series of sexual offenses involving the same victim over a period of time, burglary followed by sexual assault.

The defendants are guilty of a series of sexual offenses involving a series of victims under the same title: The Universal people: We the People; Plaintiff, witness, and defendant. Their crimes are inflicted threw one transaction repeated each day between the plaintiffs Daniela M. Sardisco and the International People, Land, Space, and air: all together as EARTH against the Defendants.

They injure and rape People, Places, Animals, and the land; while on tours, shopping, interviewing, driving, schooling, traveling, and on leisure. These sexual and physically disabling crimes are committed against, coworkers, strangers, acquaintances, and family members.

The defendants have committed two or more criminal acts which I have described in the paragraphs above.

The defendants own companies and work for companies; they have manufactured faulty items knowing full and well that they would

bring inflicting distress on the consumers. The Defendants knew their products caused a severe threat on the recipients. All of the Defendants are guilty of a series of crimes involving one type of transaction between the defendants and the plaintiffs in this law suit. The larger affiliates have included the general public all people had an opportunity to sabotage another's air, life and prospective dish, good, or food like substance, such as fruits and candy.

**The defendants are in furtherance of a single intention and design and the victim or victims are the same.**

- *725 ILCS 5/111-4(c) People v. Clark, People v. Brenizer…*

The correct way to allege different but related charges is in separate counts in the same charging document. People v. Daniels, 35 Ill.App.3d 791,342 N.E.2d 809(1976).

I have listed numerous criminal counts in all of my complaints and documents; all of which are separate and related, committed, described, and recognized to be incriminated and known in the same charging document. The defendants are completely aware and knowing of their criminal convictions.

Sincerely,

4-10-08

(630)523-3037 PO Box 87 Wood Dale IL 60191 Sardisco.d@gmail.com